UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| LUIS TORRES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, FERNANDO ARAUJO, KURT NEHER, KENDRICK F ROYER, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE VOILAND,<br><br>Defendants. | § CIVIL ACTION NO. 3:20-cv-03464-S<br>§<br>§ **NOTICE OF SUPPLEMENTAL**<br>§ **AUTHORITY**<br>§<br>§ **CLASS ACTION**<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

PLEASE TAKE NOTICE THAT Lead Plaintiff Movant Allia DeAngelis ("Movant" or "Ms. DeAngelis") respectfully submits as supplemental authority in further support of her lead plaintiff motion the recent opinion from the United States District Court for the Northern District of Ohio in *Plagens v. Deckard, et al.*, 2021 WL 3284265 (N.D. Ohio Aug. 2, 2021), attached hereto as Exhibit A.

Weighing the (*Olsten-*)*Lax* factors equally, Judge Calabrese, rejected competing movants' arguments that the largest approximate loss should be weighed most heavily or even solely considered. The court wrote that there is "no statutory directive to give more weight to any one [*Olsten-Lax*] factor, or for that matter to use any factor in preference to a determination of the Movant with 'the largest financial interest in the relief sought by the class,' 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb)," and therefore that "the Court considers them equally[.]" 2021 WL 3284265, at *9. The court further stated that "[p]ut another way, the record here demonstrates

1

that the plaintiff with the largest financial interest depends on the methodology, the propriety of which will vary depending on the course of the litigation." 2021 WL 3284265, at *9.

Accordingly, Ms. DeAngelis respectfully requests Your Honor consider the reasoning above in reaching a decision regarding the lead plaintiff motion in this action.

Dated: August 10, 2021                    Respectfully submitted,

**THE BRISCOE LAW FIRM, PLLC**
*/s/Willie C. Briscoe*
Willie C. Briscoe
Texas Bar No.: 24001788
12700 Park Central Drive, Suite 520
Dallas, Texas 75251
Telephone: 972-521-6868
Facsimile: 346-214-7463
wbriscoe@thebriscoelawfirm.com

[Proposed] Liaison Counsel for Plaintiff and Class

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (admitted *pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10116
Phone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com

[Proposed] Lead Counsel for Plaintiff and Class

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of August 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/Willie C. Briscoe*
Willie C. Briscoe