UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**************************************************************

LUIS TORRES, Individually and
On Behalf of All Others
Similarly Situated,

     Plaintiff,

                      CASE NO.  3:20-cv-03464-S
VS.


BERRY CORPORATION, et al.

     Defendants.


**************************************************************

TRANSCRIPT OF TELEPHONIC STATUS CONFERENCE
HEARD BEFORE THE HONORABLE KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE

AUGUST 13, 2021

**************************************************************


APPEARANCES:

FOR THE PLAINTIFF:             Mr. J. Alexander Hood, II
                       POMERANTZ LLP
                       600 Third Avenue
                       20th Floor
                       New York, New York 10016
                       ahood@pomlaw.com

                       Mr. Curtis C. Graves
                       GRAVES LAW OFFICE PLLC
                       12700 Park Central Drive
                       Suite 520
                       Dallas, Texas 75251
                       curtis@cgraveslaw.com

A P P E A R A N C E S
(Continued)


FOR MOVANT ALLIA DeANGELIS        Mr. Phillip Kim
                                  THE ROSEN LAW FIRM, PA
                                  275 Madison Avenue
                                  40th Floor
                                  New York, New York 10016
                                  pkim@rosenlegal.com

                                  Mr. Willie Briscoe
                                  THE BRISCOE LAW FIRM
                                  3131 McKinney Ave
                                  Suite 600
                                  Dallas, Texas 75204
                                  wbriscoe@thebriscoelawfirm.com

FOR MOVANT PAUL MORRIS            Ms. Marion Curry Passmore
                                  BRAGAR EAGEL & SQUIRE, PC
                                  580 California St
                                  Suite 1200
                                  San Francisco, California 94104
                                  passmore@bespc.com

                                  Mr. Joe Kendall
                                  KENDALL LAW GROUP, PLLC
                                  3811 Turtle Creek Boulevard
                                  Suite 1450
                                  Dallas, Texas 75219
                                  jkendall@kendalllawgroup.com

                                  Mr. Stuart Cochran
                                  STECKLER WAYNE COCHRAN CHERRY,
                                  PLLC
                                  12720 Hillcrest Road
                                  Suite 1045
                                  Dallas, Texas 75230
                                  scochran@scochranlaw.com

FOR THE DEFENDANT:               Ms. Tamara D. Baggett
                                  BAKER & HOSTETLER, LLP
                                  2850 North Harwood Street
                                  Suite 1100
                                  Dallas, Texas 75201
                                  tbaggett@bakerlaw.com

A P P E A R A N C E S
(Continued)

FOR THE DEFENDANT                    Mr. Douglas Wesley Greene
                                     BAKER & HOSTETLER, LLP
                                     999 Third Avenue
                                     Suite 3900
                                     Seattle, Washington 98104
                                     dgreene@bakerlaw.com

                                     Ms. Genevieve G. York-Erwin
                                     BAKER & HOSTETLER, LLP
                                     999 Third Avenue
                                     Suite 3900
                                     Seattle, Washington 98104
                                     gyorkerwin@bakerlaw.com

Official Court Reporter:             Thu Bui, CSR, RMR, CRR
                                     1100 Commerce Street, #1654
                                     Dallas, Texas 75242
                                     (214) 753-2354

        Proceedings recorded by mechanical stenography,

transcript produced via computer.

<u>I N D E X</u>

<u>PAGE</u>

Appearances............................    1

Proceedings............................    5

Adjournment............................    8

Reporter's Certificate................    9

<u>**P R O C E E D I N G S**</u>

(Call to order of the court.)

THE COURT:  This is Case Number 3:20-cv-3464-S, Luis Torres, et al., versus Berry Corporation, et al.

This is a telephonic status conference called by the Court.  If counsel would kindly make their appearance on the record.

Let's go ahead and start with Plaintiff Hood. If you can make your appearance on behalf of the lawyers, all the lawyers on the call.  Appearance Plaintiff Torres, I meant. Go ahead.

MR. HOOD:  Certainly, Your Honor.  Alexander Hood with Pomerantz, LLP, on behalf of Plaintiff and Lead Plaintiff Applicant, Luis Torres.

THE COURT:  Okay.  And the other lawyers representing Mr. Torres today, Mr. Hood, can you go ahead and state them on the record?

MR. HOOD:  Certainly.  Our local counsel, Curtis Graves is on the line as well.

THE COURT:  Thank you.

And then on behalf of the Movant DeAngelis, please make your appearance.

MR. KIM:  Good afternoon, Your Honor.  Phillip Kim with The Rosen Law Firm for the Plaintiff/Movant Allia DeAngelis. Also on the line is our Texas counsel, Willie Briscoe, from

The Briscoe Law Firm.

THE COURT:  Thank you.

And then on behalf of Movant Paul Morris.  Go ahead.

MS. PASSMORE:  Yes, Your Honor.  Marion Passmore with Bragar Eagel & Squire for Movant Paul Morris.  Our local is on the line, Joe Kendall.  And Mr. Stuart Cochran for -- who was local for Levi Krazynski [phonetic] who also represented Paul Morrison.

THE COURT:  Thank you, Counsel.

And then on behalf of the Defendants.

MS. BAGGETT:  Tamara Baggett, Doug Greene, Genevieve York-Erwin of Baker Hostetler for Defendant Berry Corporation.

THE COURT:  Thank you, Counsel.

If there is anyone else on the line that would like to make their appearance on the record, please do so now.

All right.  Thank you.

Let's go off the record.

(Off the record.)

THE COURT:  All right.  Counsel, we had a nice off-the-record discussion, and the result of it is we are moving forward with the in-person hearing as scheduled next week on...

UNIDENTIFIED SPEAKER:  August 19th, Judge.

THE COURT:  Oh, thank you.  I was looking at the wrong

date on my calendar.  I'm working remotely today, and I'm trying to pull up the date on my little, tiny iPhone.

And, yes, at 10:30 in the morning in-person on Thursday, August 19th.  I did explain to you the Court's concerns regarding the spike of the Delta variant for the COVID virus, but it seems like, at least at this time, despite having out-of-state lawyers involved -- primarily involved in the motion regarding appointment of lead counsel that you-all are, at least right now, comfortable with moving forward.  I just want to tell everybody to mask up and, you know, be careful. So we will move forward.

Please let the Court know if there is a resolution prior to that date, or if a short extension of the hearing date would be helpful in connection with a resolution.

The Court excuses any counsel who do not have a dog in the fight on the appointment of lead plaintiff, but of course you're welcome to attend.  It will not be a hybrid hearing where, you know, some can attend by phone or by Zoom and some can be in person.  That's just too difficult.  But, obviously, it will be a transcribed hearing, and my court reporter will be available to expedite it, a transcript, if necessary.

So unless there's anything else anybody wants to say on the record, we'll move forward as set forth next week.

Mr. Hood, anything further for the record?

MR. HOOD:  Nothing further, Your Honor.  Thank you.

THE COURT:  Mr. Kim, anything further?

MR. KIM:  Nothing further, Your Honor.  Thank you.

THE COURT:  How about Ms. Passmore?

MS. PASSMORE:  Nothing further, Your Honor.  Thank you.

THE COURT:  Defense counsel, Ms. Baggett?

MS. BAGGETT:  Nothing further, Your Honor.

THE COURT:  Anybody else?  Okay.

Well, you-all be safe.  Have a greet weekend. And I look forward to seeing you next Thursday.

We are adjourned.  Thank you.

(WHEREUPON, the proceedings were adjourned.)

* * * *

REPORTER'S CERTIFICATE

I, Thu Bui, CRR, RMR, Official Court Reporter, United States District Court, Northern District of Texas, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled and numbered matter.

/s/ Thu Bui
Official Court Reporter
