# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| LUIS TORRES, ALLIA DEANGELIS, DARRICK INMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE J. VOILAND,<br><br>Defendants. | Case No. 3:20-CV-3464-S<br><br>DECLARATION OF BRIAN P. O'CONNELL<br><br>JUDGE KAREN G. SCHOLER |

I, Brian P. O'Connell, declare:

I am a member of the Bar of the States of Illinois and California and am qualified and authorized *pro hac vice* to appear before this Court in the above captioned matter. I am an associate at the law firm of Pomerantz LLP, counsel representing Lead Plaintiffs and Darrick Inman in the above-captioned matter. I submit this declaration based upon personal knowledge of which I am competent to testify, in connection with the First Amended Complaint:

1. Attached hereto is Exhibit 1, a true and accurate copy of Plaintiff Darrick Inman's Certification Pursuant to the Private Securities Litigation Reform Act of 1995.

2. Attached hereto is Exhibit 2, a true and accurate copy of Plaintiff Darrick Inman's purchases of Defendant Berry Corporation's securities.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 1st day of November, 2021 in Chicago, Illinois.

                                                     */s/ Brian P. O'Connell*
                                                     Brian P. O'Connell