# Exhibit 2

**Berry Corporation (BRY)**                                                                 **Inman, Darrick**

## List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 5/8/2019 | 1,535 | $11.2000 |
| Purchase | 5/29/2020 | 110 | $4.2000 |
| Purchase | 8/5/2020 | 123 | $4.7000 |
| Purchase | 8/26/2020 | 120 | $3.9500 |
| Purchase | 9/23/2020 | 15 | $3.2600 |
| Purchase | 9/29/2020 | 50 | $3.1200 |
| Purchase | 9/30/2020 | 15 | $3.1500 |
| Purchase | 10/19/2020 | 17 | $3.0500 |
| Purchase | 10/26/2020 | 50 | $3.0600 |
| Purchase | 10/27/2020 | 17 | $2.9400 |