**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| LUIS TORRES, ALLIA DEANGELIS, DARRICK INMAN, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:20-CV-3464-S |
| Plaintiffs, | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a) |
| v. | JUDGE KAREN G. SCHOLER |
| BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE J. VOILAND, | JURY TRIAL DEMANDED |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 4l (a)(1)(A), Lead Plaintiffs Luis Torres and Allia DeAngelis and additional Plaintiff Darrick Inman ("Plaintiffs") hereby voluntarily dismiss Individual Defendants Fernando Araujo, Kurt Neher and Kendrick F. Royer from this lawsuit without prejudice. These parties have not served an answer or motion for summary judgment. The purported Class has not been certified. As such, Federal Rule of Civil Procedure 41 controls dismissal of these Individual Defendants. *See Stephens v. Capitol Cty. Mut. Fire Ins. Co.*, No. 1:09-CV-759, 2009 WL 10707943, at *2 n.2 (E.D. Tex. Nov. 23, 2009).

Dated: November 2, 2021

1

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Brian P. O'Connell*

Joshua B. Silverman
Omar Jafri
Brian P. O'Connell
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone:  (312) 377-1181
Facsimile:   (312) 377-1184
Email:  jbsilverman@pomlaw.com
          ojafri@pomlaw.com
          boconnell@pomlaw.com


**THE ROSEN LAW FIRM, P.A.**

Phillip Kim
Scott Kim
275 Madison Avenue, 40th Floor
New York, NY 10116
Phone: (212) 686-1060
Fax:    (212) 202-3827
Email:  pkim@rosenlegal.com
          skim@rosenlegal.com

**Bronstein, Gewirtz & Grossman, LLC**

Eitan Kimelman
60 E 42nd Street, Suite 4600, New York,
New York 10165
Phone: 212-697-6484
Fax:    212-697-7296
Email: eitank@bgandg.com

*Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Brian P. O'Connell, an attorney, do certify that on this date, November 2, 2021, I caused the foregoing NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a) to be served on all counsel of record via ECF.

*/s/ Brian P. O'Connell*
Brian P. O'Connell