## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

|  |  |
|---|---|
| LUIS TORRES, ALLIA DEANGELIS, DARRICK INMAN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) Case No. 3:20-CV-3464-S |
|  | ) |
| Plaintiffs, | ) **PLAINTIFFS' MOTION TO STRIKE THE** ) **DECLARATION OF DOUGLAS W.** ) **GREENE** |
| v. | ) ) ) JUDGE KAREN G. SCHOLER |
| BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE J. VOILAND, | ) ) ) ) ) ) ) |
| Defendants. | ) ) ) ) |

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, Plaintiffs hereby move this Court for an Order to strike the Declaration of Douglas W. Greene.  ECF No. 64-1.  In further support of this Motion, Plaintiffs submit the accompanying Memorandum of Law.

Dated: April 11, 2022

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Brian P. O'Connell*

Joshua B. Silverman
Omar Jafri
Brian P. O'Connell
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone:  (312) 377-1181
Facsimile:   (312) 377-1184
Email:  jbsilverman@pomlaw.com
         ojafri@pomlaw.com
         boconnell@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**

*/s/ Scott Kim*
Phillip Kim
Scott Kim
275 Madison Avenue, 40th Floor
New York, NY 10116
Phone:  (212) 686-1060
Fax:     (212) 202-3827
Email:  pkim@rosenlegal.com
         skim@rosenlegal.com

*Lead Counsel for Plaintiffs*

**GRAVES LAW OFFICE**
Curtis C. Graves
12700 Park Central Drive
Suite 520
Dallas, Texas 75251
Telephone: (214) 321-6940
Facsimile: (866) 770-6949
curtis@cgraveslaw.com

1

**THE BRISCOE LAW FIRM, PLLC**
Willie C. Briscoe
Texas Bar No.: 24001788
12700 Park Central Drive, Suite 520
Dallas, Texas 75251
Telephone: 972-521-6868
Facsimile: 346-214-7463
wbriscoe@thebriscoelawfirm.com

*Liaison Counsel for Plaintiffs*

**BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC**
Eitan Kimelman
60 E 42nd Street, Suite 4600, New York,
New York 10165
Phone: 212-697-6484
Fax:    212-697-7296
Email: eitank@bgandg.com

**LEVI & KORSINSKY, LLP**
Daniel Tepper (*pro hac vice forthcoming*)
55 Broadway, 10th Floor
New York, NY 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
dtepper@zlk.com

**BRAGAR EAGEL & SQUIRE, P.C.**
Marion C. Passmore
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-3599
Facsimile: (212) 214-0506
Email: passmore@bespc.com

*Additional Counsel for Plaintiffs*

2

3

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for Plaintiffs has complied with the meet and confer requirement in Local Rule 7.1(b). On March 15, 2022, Omar Jafri, counsel for Plaintiffs, conferred by email with counsel for Defendants regarding their position on this Motion. On March 16, 2022, Doug Shively, counsel for Defendants confirmed that Defendants oppose Plaintiffs' Motion. Plaintiffs' counsel, Omar Jafri, explained the basis for the Motion in a subsequent email to Defendants on March 16, 2022, and Defendants remain opposed.

*/s/ Brian P. O'Connell*
Brian P. O'Connell

3

4

## CERTIFICATE OF SERVICE

I hereby certify that, on April 11, 2022, I served a copy of Plaintiffs' Motion to Strike the Declaration of Douglas W. Greene to counsel of record for Defendants using the CM/ECF system, which will send email notification of this filing to all attorneys of record.

Executed on April 11, 2022 in Chicago, Illinois.


*/s/ Brian P. O'Connell*
Brian P. O'Connell