**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| LUIS TORRES, ALLIA DEANGELIS, DARRICK INMAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE J. VOILAND, <br><br> Defendants. | ) ) ) Case No. 3:20-CV-3464-S ) ) ) ) JUDGE KAREN G. SCHOLER ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE THE DECLARATION OF DOUGLAS W. GREENE

The Court considered Plaintiffs' Motion to Strike the Declaration of Douglas W. Greene and its

accompanying Memorandum of Law.  Plaintiffs' motion is GRANTED.

IT IS SO ORDERED.

Dated: _____

_____
HON. JUDGE KAREN G. SCHOLER
U.S. DISTRICT COURT JUDGE