## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |
|---|---|
| LUIS TORRES, ALLIA DEANGELIS, DARRICK INMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE J. VOILAND,<br><br>Defendants. | Case No. 3:20-CV-3464-S<br><br>JUDGE KAREN G. SCHOLER |

## [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS

The Court considered Defendants' motion to dismiss the amended class action complaint,

together with the response, reply, and the pleadings.  Defendants' motion is DENIED.

IT IS SO ORDERED.

Dated: _____

_____
HON. JUDGE KAREN G. SCHOLER
U.S. DISTRICT COURT JUDGE