**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| LUIS TORRES, ALLIA DEANGELIS, DARRICK INMAN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) Case No. 3:20-CV-3464-S |
| Plaintiffs, | ) ) **PLAINTIFFS' MOTION FOR LEAVE TO** ) **FILE A SUR-REPLY IN OPPOSITION TO** ) **DEFENDANTS' MOTION TO DISMISS** |
| v. | ) **THE AMENDED CLASS ACTION** ) **COMPLAINT** ) |
| BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE J. VOILAND, | ) JUDGE KAREN G. SCHOLER ) ) ) ) |
| Defendants. | ) ) ) ) |

Plaintiffs respectfully request leave to file a sur-reply in opposition to Defendants' motion to dismiss the Amended Class Action Complaint to address a new argument Defendants raised for the first time in their Reply brief.  Filed on June 6, 2022, the Reply includes a new argument that was never addressed in Defendants' motion to dismiss.  In the Reply, Defendants accuse Plaintiffs of misquoting Defendant Gary Grove ("Grove") in the Amended Complaint.  *See* ECF No. 75, Defs.' Reply at 4.  However, the quote attributed to Grove was taken verbatim from a transcript of the earnings call held on March 7, 2019, and a copy of that transcript is attached as an Exhibit to the Declaration of Brian P. O'Connell for the Court's consideration.

A new argument cannot generally be raised for the first time in a reply brief.  *Liberty Mut. Fire Ins. Co. v. Fowlkes Plumbing, L.L.C.*, 850 F. App'x 213, 217 (5th Cir. 2021).  But if a court considers any new arguments raised in a reply, the interests of justice require that the opposing party be allowed to respond to the new arguments in a sur-reply.  *See White v. City of Red Oak, Texas*, No. 3:13-CV-4477-P, 2014 U.S. Dist. LEXIS 186859, at *4 (N.D. Tex. July 31, 2014) (granting leave to file sur-reply because reply brief raised new arguments not previously raised in opening brief).  It is an abuse of discretion for a court to deny a party leave to file a sur-reply and then rely on new materials or new arguments in the other party's reply brief.  *See Redhawk Holdings Corp. v. Schreiber*, 836 F. App'x 232, 236 (5th Cir. 2020) (internal quotation marks omitted).

The Court here should not consider arguments based on a transcript generated by Defendants' chosen vendor on a Motion to Dismiss.  However, if the Court considers Defendants' new argument, Plaintiffs respectfully request the Court to consider their proposed Sur-Reply, attached here as Exhibit A.  Plaintiffs attach herein a proposed Order Granting Leave to File a Sur-Reply as Exhibit B.

Dated: June 14, 2022

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Brian P. O'Connell*

Joshua B. Silverman
Omar Jafri
Brian P. O'Connell
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: jbsilverman@pomlaw.com
       ojafri@pomlaw.com
       boconnell@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**

*/s/ Phillip Kim*
Phillip Kim
Ha Sung (Scott) Kim
275 Madison Avenue, 40th Floor
New York, NY 10116
Phone: (212) 686-1060
Fax:    (212) 202-3827
Email: pkim@rosenlegal.com
       skim@rosenlegal.com

**Bronstein, Gewirtz & Grossman, LLC**

Eitan Kimelman
60 E 42nd Street, Suite 4600, New York,
New York 10165
Phone: 212-697-6484
Fax:    212-697-7296
Email: eitank@bgandg.com

*Lead Counsel for Plaintiffs*

**GRAVES LAW OFFICE**
Curtis C. Graves
12700 Park Central Drive
Suite 520

2

Dallas, Texas 75251
Telephone: (214) 321-6940
Facsimile: (866) 770-6949
curtis@cgraveslaw.com

**THE BRISCOE LAW FIRM, PLLC**
Willie C. Briscoe
Texas Bar No.: 24001788
12700 Park Central Drive, Suite 520
Dallas, Texas 75251
Telephone: 972-521-6868
Facsimile: 346-214-7463
wbriscoe@thebriscoelawfirm.com

*Liaison Counsel for Plaintiffs*

**LEVI & KORSINSKY, LLP**
Daniel Tepper (*pro hac vice forthcoming*)
55 Broadway, 10th Floor
New York, NY 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
dtepper@zlk.com

**BRAGAR EAGEL & SQUIRE, P.C.**
Marion C. Passmore
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-3599
Facsimile: (212) 214-0506
Email: passmore@bespc.com

*Additional Counsel for Plaintiffs*

3

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for Plaintiffs has complied with the meet and confer requirement in Local Rule 7.1(b). On June 13, 2022, I, counsel for Plaintiffs conferred by email with counsel for Defendants regarding their position on this Motion.  On June 14, 2022, Doug Shively, counsel for Defendants, responded expressing their opposition.  Plaintiffs responded and noted Defendants' opposition to the Motion.

*/s/ Brian P. O'Connell*
Brian P. O'Connell

4

## CERTIFICATE OF SERVICE

I hereby certify that, on June 14, 2022, I served a copy of Plaintiffs' Motion to counsel of record for Defendants using the CM/ECF system, which will send email notification of this filing to all attorneys of record.

Executed on June 14, 2022 in Chicago, Illinois.

*/s/ Brian P. O'Connell*
Brian P. O'Connell

5