**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |
|---|---|
| LUIS TORRES, ALLIA DEANGELIS, DARRICK INMAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE J. VOILAND, <br><br> Defendants. | Case No. 3:20-CV-3464-S <br><br> **DECLARATION OF BRIAN P. O'CONNELL IN SUPPORT OF PLAINTIFFS' SUR-REPLY IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT** <br><br> JUDGE KAREN G. SCHOLER |

Pursuant to 28 U.S.C. § 1746, Brian P. O'Connell states as follows:

1.      I am an attorney at Pomerantz LLP, counsel of record for Plaintiffs.  I have personal knowledge of the facts set forth in this declaration, and if called upon, would testify truthfully and accurately thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of a transcript of Berry's 4th Quarter Earnings Call, held on March 7, 2019.  The quote attributed to Grove in the Amended Complaint was transcribed by Bloomberg, a national business newswire, and Bloomberg reported that Grove used the word "tiny issue," not "timing issue."  *See* Ex. A at 16.

3.      Plaintiffs obtained this transcript by downloading the file from the Bloomberg Terminal, and copied the text of the statement into the Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Chicago, Illinois on June 14, 2022.

*/s/ Brian P. O'Connell*
Brian P. O'Connell

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on June 14, 2022, I served a copy of Declaration of Brian P. O'Connell in Support of Plaintiffs' Sur-Reply in Support of Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint using the CM/ECF system, which will send email notification of this filing to all attorneys of record.

Executed on June 14, 2022 in Chicago, Illinois.


*/s/ Brian P. O'Connell*
Brian P. O'Connell