## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

---------------------------------------------------------------------------------------------------------------------

LUIS TORRES, ALLIA DEANGELIS,    :
DARRICK INMAN, Individually and On  :
Behalf of All Others Similarly Situated,   :

       :

      Plaintiffs,      :

       :      CASE NO.: 3:20-CV-3464-S

     v.     :

       :      JUDGE KAREN G. SCHOLER

BERRY CORPORATION, ARTHUR T.    :
SMITH, CARY BAETZ, GARY A. GROVE, :     **ORAL ARGUMENT REQUESTED**
BRENT S. BUCKLEY, KAJ VAZALES, and :
EUGENE J. VOILAND,     :

       :

      Defendants.     :

---------------------------------------------------------------------------------------------------------------------

### DEFENDANTS' MOTION FOR
### RECONSIDERATION AND/OR CLARIFICATION

Defendants Berry Corporation, Arthur T. Smith, Cary Baetz, Gary A. Grove, Brent S. Buckley, Kaj Vazales, and Eugene J. Voiland (the "Defendants") hereby move for reconsideration and/or clarification of the Court's September 13, 2022 Order (Dkt. #83; the "September 13 Order") denying Defendants' Motion to Dismiss the Amended Class Action Complaint (Dkt. #63; the "Motion to Dismiss"), pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(6), and 54(b) and the Private Securities Litigation Reform Act of 1995. This motion is based on the brief filed in support of this motion, Defendants' prior briefing in support of their Motion to Dismiss, the reply Defendants may file in further support of this motion, any oral argument held, and all pleadings and records in this case. For the reasons stated in the brief supporting the motion, the Court should reconsider and/or clarify the September 13 Order.

DATED:   September 20, 2022                Respectfully submitted,

**BAKER & HOSTETLER LLP**

*/s/ Tamara D. Baggett*
Tamara D. Baggett
2850 North Harwood Street, Suite 1100
Dallas, TX 75201
Phone: 214-210-1200
Fax: 214-210-1201
tbaggett@bakerlaw.com

Douglas W. Greene (*Pro Hac Vice*)
45 Rockefeller Plaza
New York, NY 10111-0100
Phone: 212-589-4200
Fax: 212-589-4201
dgreene@bakerlaw.com

Genevieve G. York-Erwin (*Pro Hac Vice*)
999 Third Avenue, Suite 3900
Seattle, WA 98 104-4040
gyorkerwin@bakerlaw.com
Phone: 206-332-7079
Fax: 206-624-73 17

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that this motion was electronically filed with the Clerk of the Court using the

CM/ECF system, which will send email notification of this filing to all attorneys of record.


 *Tamara D. Baggett /s/*
Tamara D. Baggett