**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| LUIS TORRES, ALLIA DEANGELIS, DARRICK INMAN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) ) |
| Plaintiffs, | ) Case No. 3:20-CV-3464-S |
| v. | ) JUDGE KAREN G. SCHOLER ) |
| BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE J. VOILAND, | ) CLASS ACTION ) ) ) ) ) |
| Defendants. | ) ) ) |

**DECLARATION OF BRIAN P. O'CONNELL, ESQ.,  IN**
**SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**
**AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, Brian P. O'Connell, declare:

I am a member in good standing of the Bar of the States of Illinois and California and am qualified and authorized *pro hac vice* to appear before this Court in the above-captioned matter.  I am an attorney at the law firm of Pomerantz LLP, counsel representing Lead Plaintiffs Luis Torres and Allia DeAngelis and Plaintiff Darrick Inman (collectively "Plaintiffs") in the above-captioned matter.  I submit this declaration based upon personal knowledge of which I am competent to testify, in connection with Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel:

1. Attached as Exhibit A is a true and correct copy of the Expert Report of Matthew D.

1

5

Cain, Ph.D., dated February 13, 2023, and its accompanying exhibits.

2. Attached as Exhibit B is a true and correct copy of Pomerantz LLP's firm resume.

3. Attached as Exhibit C is a true and correct copy of The Rosen Law Firm, P.A.'s firm resume.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 13th day of February, 2023.


_/s/ Brian P. O'Connell_
Brian P. O'Connell

2

6

## CERTIFICATE OF SERVICE

I hereby certify that, on February 13, 2023, I served a copy of the Declaration of Brian P. O'Connell, Esq., in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel to counsel of record for Defendants using the CM/ECF system, which will send email notification of this filing to all attorneys of record.

Executed on February 13, 2023

*/s/ Brian P. O'Connell*
Brian P. O'Connell

7