**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| LUIS TORRES, ALLIA DEANGELIS, DARRICK INMAN, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiffs, | CASE NO. 3:20-cv-3464-S |
| v. | JUDGE KAREN G. SCHOLER |
| BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE J. VOILAND, | |
| Defendants. | |

**JOINT MOTION FOR ENTRY OF [PROPOSED] ORDER CONCERNING PROTOCOL FOR PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION, STIPULATION AND [PROPOSED] PROTECTIVE ORDER GOVERNING CONFIDENTIALITY OF DISCOVERY MATERIAL, AND STIPULATED AGREEMENT AND [PROPOSED] ORDER UNDER FED. R. EVID. 502(d)**

Plaintiffs Luis Torres, Allia DeAngelis, and Darrick Inman (collectively, the "Plaintiffs") and defendants Berry Corporation, Arthur T. Smith, Cary Baetz, Gary A. Grove, Brent S. Buckley, Kaj Vazales, and Eugene J. Voiland (collectively, the "Defendants") (Plaintiffs and Defendants collectively, the "Parties"), by and through their undersigned counsel, file this Joint Motion for Entry of the [Proposed] Order Concerning Protocol for Production of Documents and Electronically Stored Information ("ESI Protocol"; Dkt. #108, attached hereto as Exhibit 1), Stipulation and [Proposed] Protective Order Governing Confidentiality of Discovery Material ("Protective Order"; Dkt. #109, attached hereto as Exhibit 2); and Stipulated Agreement and [Proposed] Order Under Fed. R. Evid. 502(d) ("502(d) Stipulation"; attached hereto as Exhibit 3).

The Parties respectfully request that the Court enter the proposed ESI Protocol, Protective Order, and 502(d) Stipulation as orders of the Court.

The Parties believe that there is good cause for entry of the ESI Protocol, Protective Order, and 502(d) Stipulation regarding the production of certain documents and information in this case in order to protect certain confidential, sensitive, and proprietary information and materials that may be sought from and/or disclosed by the Parties. The Parties also believe that entry of the ESI Protocol, Protective Order, and 502(d) Stipulation will enable the parties to engage in the efficient production and/or disclosure of documents, materials, and information in this litigation.

WHEREFORE, the Parties respectfully request that this Court enter the ESI Protocol, Protective Order, and 502(d) Stipulation submitted to the Court contemporaneously with this Motion.

**DATED: February 22, 2023**

<table>
<tr>
<td>

**POMERANTZ LLP**

*/s/ Brian P. O'Connell*
Joshua B. Silverman (*Pro Hac Vice*)
Omar Jafri (*Pro Hac Vice*)
Brian P. O'Connell (*Pro Hac Vice*)
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Tel: (312) 377-1181
Fax: (312) 377-1184
jbsilverman@pomlaw.com
ojafri@pomlaw.com
boconnell@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**

*/s/ Phillip Kim*
Phillip Kim (*Pro Hac Vice*)
Ha Sung (Scott) Kim (*Pro Hac Vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
pkim@rosenlegal.com
skim@rosenlegal.com

</td>
<td>

**BAKER HOSTETLER LLP**

*/s/ Douglas W. Greene*
Douglas W. Greene (*Pro Hac Vice*)
Erica Barrow (*Pro Hac Vice*)
Zachary Taylor (*Pro Hac Vice*)
45 Rockefeller Plaza
New York, NY 10111
Tel: (212) 589-4200
Fax: (212) 589-4201
dgreene@bakerlaw.com
ebarrow@bakerlaw.com
ztaylor@bakerlaw.com

C. Shawn Cleveland (Texas No. 24012433)
Tamara D. Baggett (Texas No. 24058573)
2850 North Harwood Street, Suite 1100
Dallas, TX 75201
Tel: (214) 210-1200
Fax: (214) 210-1201
scleveland@bakerlaw.com
tbaggett@bakerlaw.com

</td>
</tr>
</table>

2

*Lead Counsel for Plaintiffs*

**GRAVES LAW OFFICE**
Curtis C. Graves
12700 Park Central Drive, Suite 520
Dallas, Texas 75251
Tel: (214) 321-6940
Fax: (866) 770-6949
curtis@cgraveslaw.com

**THE BRISCOE LAW FIRM, PLLC**
Willie C. Briscoe
12700 Park Central Drive, Suite 520
Dallas, Texas 75251
Tel: (972) 521-6868
Fax: (346) 214-7463
wbriscoe@thebriscoelawfirm.com

*Liaison Counsel for Plaintiffs*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Eitan Kimelman
60 E 42nd Street, Suite 4600, New York, New York 10165
Phone: 212-697-6484
Fax:    212-697-7296
Email: eitank@bgandg.com

**LEVI & KORSINSKY, LLP**
Daniel Tepper (*pro hac vice forthcoming*)
55 Broadway, 10th Floor
New York, NY 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
dtepper@zlk.com

**BRAGAR EAGEL & SQUIRE, P.C.**
Marion C. Passmore
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-3599
Facsimile: (212) 214-0506
Email: passmore@bespc.com

*Additional Counsel for Plaintiffs*

Genevieve G. York-Erwin (*Pro Hac Vice*)
999 Third Avenue, Suite 3900
Seattle, WA 98 104-4040
gyorkerwin@bakerlaw.com
Tel: (206) 332-7079
Fax: (206) 624-7317

*Counsel for Defendants*

3