UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

---------------------------------------------------------

LUIS TORRES, ALLIA DEANGELIS,
DARRICK INMAN, Individually and On
Behalf of All Others Similarly Situated,

        Plaintiffs,

     v.

BERRY CORPORATION, ARTHUR T.
SMITH, CARY BAETZ, GARY A. GROVE,
BRENT S. BUCKLEY, KAJ VAZALES, and
EUGENE J. VOILAND,

        Defendants.

CASE NO.: 3:20-CV-3464-S

JUDGE KAREN G. SCHOLER

---------------------------------------------------------

**APPENDIX IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS
REPRESENTATIVES AND CLASS COUNSEL**

Defendants Berry Corporation, Arthur T. Smith, Cary Baetz, Gary A. Grove, Brent S.

Buckley, Kaj Vazales, and Eugene J. Voiland (the "Defendants"), by and through the undersigned

counsel, respectfully submit this Appendix in Support of Defendants' Opposition to Plaintiffs'

Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

| Exhibit | Document | Appendix Page(s) |
|---|---|---|
| | Appendix in Support of Defendants' Opposition | A00001 - A00004 |
| | Declaration of Genevieve York-Erwin, Esq. | A00005 - A00007 |
| 1 | Berry Corporation's Form S-1 Registration Statement, filed with the SEC on July 16, 2018 | A00008 - A00320 |
| 2 | Berry Corporation's 2019 Form 10-K, filed with the SEC on February 27, 2021 | A00321 - A00631 |
| 3 | Wells Fargo Investor Report, dated March 26, 2020 | A00632 - A00680 |

A00001

| 4 | BMO Investor Report, dated March 23, 2020 | A00681 - A00716 |
|---|---|---|
| 5 | Berry Corporation's Form 8-K and attached press release, filed with the SEC on April 1, 2020 | A00717 - A00726 |
| 6 | UBS Investor Report, dated April 2, 2020 | A00727 - A00737 |
| 7 | UBS Investor Report, dated April 5, 2020 | A00738 - A00814 |
| 8 | BMO Investor Report, dated April 5, 2020 | A00815 - A00841 |
| 9 | Berry Corporation Form 8-K and attached press release, filed with the SEC on August 5, 2020 | A00842 - A00862 |
| 10 | UBS Investor Report, dated August 5, 2020 | A00863 - A00873 |
| 11 | Berry Corporation's Form 8-K and attached press release, filed with the SEC on November 4, 2020 | A00874 - A00897 |
| 12 | Berry Corporation's Prospectus on Form 424B4, filed with the SEC on July 27, 2018 | A00898 - A01198 |
| 13 | Berry Corporation's Form S-1 Registration Statement, filed with the SEC on December 11, 2018 | A01199 - A01550 |
| 14 | Berry Corporation's Press Release, dated December 11, 2018 | A01551 - A01552 |
| 15 | Excerpts from the March 31, 2023 deposition of Allia DeAngelis | A01553 - A01564 |
| 16 | Excerpts from the April 5, 2023 deposition of Louis H. Torres | A01565 - A01578 |
| 17 | Excerpts from the April 5, 2023 deposition of Darrick Inman | A01579 - A01594 |
| 18 | Expert Report of Lucy P. Allen | A01595 - A01668 |

**[SIGNATURE PAGE TO FOLLOW]**

2

A00002

Dated: April 14, 2023

Respectfully submitted,

 */s/ Douglas W. Greene*
**BAKER & HOSTETLER LLP**

C. Shawn Cleveland (Texas No. 24012433)
Tamara D. Baggett (Texas No. 24058573)
2850 North Harwood Street, Suite 1100
Dallas, TX 75201
Phone: 214-210-1200
Fax: 214-210-1201
scleveland@bakerlaw.com
tbaggett@bakerlaw.com

Douglas W. Greene (*Pro Hac Vice*)
Zachary R. Taylor (*Pro Hac Vice*)
45 Rockefeller Plaza
New York, NY 10111-0100
Phone: 212-589-4200
Fax: 212-589-4201
dgreene@bakerlaw.com
ztaylor@bakerlaw.com

Genevieve G. York-Erwin (*Pro Hac Vice*)
999 Third Avenue, Suite 3900
Seattle, WA 98 104-4040
gyorkerwin@bakerlaw.com
Phone: 206-332-7079
Fax: 206-624-73 17

*Attorneys for Defendants*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 14, 2023, I served a copy of the Appendix in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel to counsel of record for Plaintiffs using the CM/ECF system, which will send email notification of this filing to all attorneys of record.

Executed on April 14, 2023

*/s/ Tamara D. Baggett*
Tamara D. Baggett

4

A00004

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

---------------------------------------------------------

LUIS TORRES, ALLIA DEANGELIS,    :
DARRICK INMAN, Individually and On    :
Behalf of All Others Similarly Situated,    :

       Plaintiffs,    :

   v.    :

BERRY CORPORATION, ARTHUR T.    :
SMITH, CARY BAETZ, GARY A. GROVE,    :
BRENT S. BUCKLEY, KAJ VAZALES, and    :
EUGENE J. VOILAND,    :

       Defendants.    :

: CASE NO.: 3:20-CV-3464-S

: JUDGE KAREN G. SCHOLER

---------------------------------------------------------

## <u>DECLARATION OF GENEVIEVE YORK-ERWIN</u>

I, Genevieve York-Erwin, declare as follows:

1.     I am a partner at the law firm of Baker & Hostetler LLP ("BakerHostetler"), counsel for Defendants Berry Corporation, Arthur T. Smith, Cary Baetz, Gary A. Grove, Brent S. Buckley, Kaj Vazales, and Eugene J. Voiland (the "Defendants"). I have been admitted *pro hac vice* in this action. I am fully familiar with the facts and proceedings in this case, as set forth herein, based upon my personal knowledge and my review of the pleadings and other materials for this matter.

2.     I provide this declaration in support of the Defendants' Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

3.     Attached hereto are:

     a.  **<u>Exhibit 1:</u>** a true and correct copy of Berry Corporation's Form S-1 Registration Statement, filed with the SEC on July 16, 2018.

5

b.  **Exhibit 2:** a true and correct copy of Berry Corporation's 2019 Form 10-K, filed with the SEC on February 27, 2021.

c.  **Exhibit 3:** a true and correct copy of a Wells Fargo Investor Report, dated March 26, 2020.

d.  **Exhibit 4:** a true and correct copy of a BMO Investor Report, dated March 23, 2020.

e.  **Exhibit 5:** a true and correct copy of Berry Corporation's Form 8-K and attached press release, filed with the SEC on April 1, 2020.

f.  **Exhibit 6:** a true and correct copy of a UBS Investor Report, dated April 2, 2020.

g.  **Exhibit 7:** a true and correct copy of a UBS Investor Report, dated April 5, 2020.

h.  **Exhibit 8:** a true and correct copy of a BMO Investor Report, dated April 5, 2020.

i.  **Exhibit 9:** a true and correct copy of Berry Corporation's Form 8-K and attached press release, filed with the SEC on August 5, 2020.

j.  **Exhibit 10:** a true and correct copy of a UBS Investor Report, dated August 5, 2020.

k.  **Exhibit 11:** a true and correct copy of Berry Corporation's Form 8-K and attached press release, filed with the SEC on November 4, 2020.

l.  **Exhibit 12:** a true and correct copy of Berry Corporation's Prospectus on Form 424B4, filed with the SEC on July 27, 2018.

m.  **Exhibit 13:** a true and correct copy of Berry Corporation's Form S-1 Registration Statement, filed with the SEC on December 11, 2018.

n.  **Exhibit 14:** a true and correct copy of Berry Corporation's Press Release, dated December 11, 2018.

A00006

o. **Exhibit 15:** a true and correct copy of excerpts from the final transcript of the March 31, 2023 deposition of Allia Deangelis.

p. **Exhibit 16:** a true and correct copy of excerpts from the final transcript of the April 5, 2023 deposition of Louis H. Torres.

q. **Exhibit 17:** a true and correct copy of excerpts from the final transcript of the April 5, 2023 deposition of Darrick Inman.

r. **Exhibit 18:** a true and correct copy of the Expert Report of Lucy P. Allen, dated April 14, 2023, and appendices thereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Submitted on April 14, 2023.

*/s/ Genevieve York-Erwin*
Genevieve York-Erwin

7

A00007