## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

---------------------------------------------------------

LUIS TORRES, ALLIA DEANGELIS, : 
DARRICK INMAN, Individually and On :
Behalf of All Others Similarly Situated, :
:
      Plaintiffs, :
: CASE NO.: 3:20-CV-3464-S
  v. :
: JUDGE KAREN G. SCHOLER
:
BERRY CORPORATION, ARTHUR T. :
SMITH, CARY BAETZ, GARY A. GROVE, :
BRENT S. BUCKLEY, KAJ VAZALES, and :
EUGENE J. VOILAND, :
:
      Defendants. :
:

--------------------------------------------------------

## [PROPOSED] ORDER DENYING PLAINTIFFS'
## MOTION FOR CLASS CERTIFICATION

The Court considered Lead Plaintiffs' Motion for Class Certification and Appointment of

Class Representatives and Class Counsel (Dkt. #110; "Motion") and supporting papers, together

with the response, reply, any hearing or oral argument, and the other pleadings and filings in this

case.  Plaintiffs' Motion is DENIED in full.

    IT IS SO ORDERED.


DATED: _____    _____

                          HONORABLE KAREN G. SCHOLER
                          UNITED STATES DISTRICT JUDGE