# EXHIBIT 14

A01551



## Berry Petroleum Announces Filing of Shelf Registration Statement

December 11, 2018

DALLAS, Dec. 11, 2018 (GLOBE NEWSWIRE) -- Berry Petroleum Corporation (NASDAQ: BRY) ("Berry" or the "Company") announced today that, pursuant to its obligations under the amended and restated registration rights agreement, dated June 28, 2018, by and among the Company and certain of its stockholders, the Company has filed a selling stockholder shelf registration statement on Form S-1 with the Securities and Exchange Commission. The Company expects the shelf registration statement to become effective on December 13, 2018. Notwithstanding the filing of this shelf registration statement, each stockholder of the Company that previously agreed to be subject to a 180-day lockup in connection with the Company's initial public offering, which includes those listed as selling stockholders in the shelf registration statement, will continue to be subject to such lock-up and, subject to certain exceptions included in the lock-up, will be prohibited from selling shares of the Company's common stock until the lock-up expires after January 21, 2019.

**About Berry Petroleum**

Berry Petroleum Corporation is a publicly-traded (NASDAQ: BRY) California-based independent upstream energy company engaged primarily in the development and production of onshore conventional oil reserves located in the western United States.

**Important Information**

The shelf registration statement and subsequently filed prospectus may be obtained free of charge at the SEC's website at  *www.sec.gov* under "Berry Petroleum Corporation." This press release shall not constitute an offer to sell or the solicitation of an offer to buy, nor shall there be any sale of securities in any state or jurisdiction in which such offer, solicitation or sale would be unlawful prior to the registration or qualification under the securities laws of any such state or jurisdiction.

***Cautionary Statement Concerning Forward-Looking Statements***

*Certain statements contained in this press release constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements, including statements regarding the shelf registration statement and lock-up agreement, represent Berry's expectations or beliefs concerning future events, and it is possible that the results described in this press release will not be achieved. These forward-looking statements are subject to risks, uncertainties and other factors, many of which are outside of Berry's control, that could cause actual results to differ materially from the results discussed in the forward-looking statements.*

*Any forward-looking statement speaks only as of the date on which it is made, and, except as required by law, Berry does not undertake any obligation to update or revise any forward-looking statement, whether as a result of new information, future events or otherwise. New factors emerge from time to time, and it is not possible for Berry to predict all such factors. When considering these forward-looking statements, you should keep in mind the risk factors and other cautionary statements in Berry's shelf registration statement filed with the SEC and subsequently filed prospectus. Such risk factors and other factors could cause actual results to differ materially from those contained in any forward-looking statement.*

Contact: Berry Petroleum Corporation Todd Crabtree - Manager, Investor Relations (661) 616-3811   ir@bry.com

A01552

# EXHIBIT 15

A01553

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

_____

LUIS TORRES, ALLIA DEANGELIS,

DARRICK INMAN, Individually and

on Behalf of All Others

Similarly Situated,

            Plaintiffs,

      v.                                  Case No.

BERRY CORPORATION, ARTHUR T.              3:20-cv-3464-S

SMITH, CARY BAETZ, GARY A.

GROVE, BRENT S. BUCKLEY, KAJ

VAZALES, and EUGENE J. VOILAND,

            Defendants.

_____

            VIDEOTAPED DEPOSITION OF

                ALLIA DEANGELIS

DATE:         Friday, March 31, 2023

TIME:         9:00 a.m.

LOCATION:     Remote Proceeding

              Salt Lake City, UT

REPORTED BY:  DeMarcus Maxie, Notary Public

JOB NO.:      5823737

A01554

Page 32



Q    Did you contribute in any way to the drafting of the Complaint or the Amended Complaint?

MR. TYRE-KARP:  Objection.  Asked and answered.

Q    You can answer, Ms. DeAngelis.

A    I did not.  My attorneys did.  I trusted them to handle that.

A01555



Page 33

Q    And did you read it before it was filed, the Amended Complaint?

A    I did not.  We discussed it.  My attorneys

A01556

Page 51



Q    And when defendants file documents with the court, do you review those, Ms. DeAngelis?

A    No.  My attorneys do.

A01557



A    Not read every page.  No.

Q    Have you read any pages?

A    No.  I took a look -- well, I took a look at just the first page.  And then said, "You guys tell me what's -- what's happening.  Parse it for me."

A01558

Page 183

CERTIFICATE OF DEPOSITION OFFICER

I, DEMARCUS MAXIE, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings, prior to testifying, were duly sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

DEMARCUS MAXIE

Notary Public in and for the

State of Texas

[X] Review of the transcript was requested.

A01559

Page 184

CERTIFICATE OF TRANSCRIBER

I, JULIE WHEELAND, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

JULIE WHEELAND

A01560

Page 185

Veritext Legal Solutions
1100 Superior Ave
Suite 1820
Cleveland, Ohio 44114
Phone: 216-523-1313

April 7, 2023

To: MR. TYRE-KARP

Case Name: Torres, Luis Et Al v. Berry Corporation Et Al

Veritext Reference Number: 5823737

Witness: Allia Deangelis      Deposition Date: 3/31/2023

Dear Sir/Madam:

Enclosed please find a deposition transcript.  Please have the witness review the transcript and note any changes or corrections on the included errata sheet, indicating the page, line number, change, and the reason for the change.  Have the witness' signature notarized and forward the completed page(s) back to us at the Production address shown above, or email to production-midwest@veritext.com.

If the errata is not returned within thirty days of your receipt of this letter, the reading and signing will be deemed waived.

Sincerely,
Production Department

NO NOTARY REQUIRED IN CA

A01561

Page 186

DEPOSITION REVIEW
CERTIFICATION OF WITNESS

ASSIGNMENT REFERENCE NO: 5823737
CASE NAME: Torres, Luis Et Al v. Berry Corporation Et Al
DATE OF DEPOSITION: 3/31/2023
WITNESS' NAME: Allia Deangelis

In accordance with the Rules of Civil Procedure, I have read the entire transcript of my testimony or it has been read to me.

I have made no changes to the testimony as transcribed by the court reporter.

_____                    _____
Date                                Allia Deangelis

Sworn to and subscribed before me, a Notary Public in and for the State and County, the referenced witness did personally appear and acknowledge that:

They have read the transcript;
They signed the foregoing Sworn
        Statement; and
Their execution of this Statement is of
        their free act and deed.

I have affixed my name and official seal

this _____ day of_____, 20_____.

                    _____
                    Notary Public
                    _____
                    Commission Expiration Date

A01562

Page 187

DEPOSITION REVIEW
CERTIFICATION OF WITNESS

ASSIGNMENT REFERENCE NO: 5823737
CASE NAME: Torres, Luis Et Al v. Berry Corporation Et Al
DATE OF DEPOSITION: 3/31/2023
WITNESS' NAME: Allia Deangelis

In accordance with the Rules of Civil Procedure, I have read the entire transcript of my testimony or it has been read to me.

I have listed my changes on the attached Errata Sheet, listing page and line numbers as well as the reason(s) for the change(s).

I request that these changes be entered as part of the record of my testimony.

I have executed the Errata Sheet, as well as this Certificate, and request and authorize that both be appended to the transcript of my testimony and be incorporated therein.

_____          _____
Date                       Allia Deangelis

Sworn to and subscribed before me, a Notary Public in and for the State and County, the referenced witness did personally appear and acknowledge that:

They have read the transcript;
They have listed all of their corrections in the appended Errata Sheet;
They signed the foregoing Sworn Statement; and
Their execution of this Statement is of their free act and deed.
I have affixed my name and official seal this _____ day of_____, 20_____.

_____
Notary Public

_____
Commission Expiration Date

Page 188

ERRATA SHEET

VERITEXT LEGAL SOLUTIONS MIDWEST

ASSIGNMENT NO: 5823737

PAGE/LINE(S) /        CHANGE        /REASON

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____         _____
Date                     Allia Deangelis

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____

DAY OF _____, 20_____ .

          _____
          Notary Public


          _____
          Commission Expiration Date

A01564

# EXHIBIT 16

A01565

CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

*   *   *

LUIS TORRES, ALLIA DEANGELIS,

DARRICK INMAN, Individually

and On Behalf of All Others

Similarly Situated,

     Plaintiffs,

   vs.                        CASE NO. 3:20-CV-3464-S

BERRY CORPORATION, ARTHUR T.

SMITH, CARY BAETZ, GARY A.

GROVE, BRENT S. BUCKLEY,

KAJ VAZALES, and EUGENE J. VOILAND,

     Defendants.

*   *   *

     Remote deposition of LOUIS H. TORRES, Plaintiff herein, called by the Defendants for cross-examination pursuant to the Rules of Civil Procedure, taken before me, Kathy S. Wysong, a Notary Public in and for the State of Ohio, at 5132 South Passage Drive, Pittsburgh, Pennsylvania, on Wednesday, April 5, 2023, at 10:59 a.m.

*   *   *

A01566

CONFIDENTIAL

Page 27

Q. Okay. Can you point to any particular representation that was made by the company that you believed to be false or misleading?

A. The things outlined in the complaint. Like, as far as permitting is concerned and the reason for kind of reduced production, like, those items.

Q. Mr. Torres, did you rely on your counsel to identify the statements that were false and misleading that are at issue in this litigation?

A. The -- like, the legal definitions -- like, that kind of stuff.

Q. Not the legal definitions. Did you rely on them to point to the false and misleading statements that are alleged in the complaint?

A. So after they did their investigation and found those items to be misleading, yes, I relied on their investigation.

Q. Exclusively?

A. Correct.

A01567

CONFIDENTIAL

Page 43



Q.   Okay.  Did you have any role in helping compile the information from the allegations contained in this complaint, Mr. Torres?

A.   No.  I relied on counsel.

A01568

CONFIDENTIAL

Page 44



Q.   Did you have any involvement in the drafting of this amended complaint?

A.   No.

document.  So before the amended class action complaint was filed, you reviewed it?

A01569

CONFIDENTIAL

Page 45

A.   Correct.

Q.   And that was in November of 2021?

A.   I'm actually not sure of the date.

Q.   Mr. Torres, are you aware that there was also an initial complaint that you filed in this lawsuit?

A.   Correct.  I signed that one as well.

Q.   Have you seen that document before?

A.   Yes.

Q.   Did you have any role in helping them compile the information for the allegations contained in the initial complaint?

MR. JAFRI:  Objection.  Luis, so the same objection applies to this.  To the extent that you can respond without discussing our communications, you can say yes or no.

THE WITNESS:  Okay.  In the initial one, no.

BY MS. PEIRSOL:

Q.   Okay.  And did you have any involvement in drafting the initial complaint?

MR. JAFRI:  Same objection.

THE WITNESS:  No.

A01570

CONFIDENTIAL

Page 79



Have you reviewed any documents that have been filed by defendants in this lawsuit?

A.   Oh, by, like, the -- Berry?

Q.   Yes.

A.   No.

A01571

CONFIDENTIAL

Page 82



Q.    Have you been involved in any of the decision-making in this litigation?

A.    Like, planning?

Q.    Planning.

A.    I rely on counsel to deal with all the legal planning and all that stuff.

Q.    And the decision-making?

A.    Yeah.

CONFIDENTIAL

Page 221

STATE OF OHIO            )

COUNTY OF MONTGOMERY )  SS: CERTIFICATE

I, Kathy S. Wysong, a Notary Public within and for the State of Ohio, duly commissioned and qualified,

DO HEREBY CERTIFY that the above-named LUIS H. TORRES, was by me first duly sworn to testify the truth, the whole truth and nothing but the truth.

Said testimony was reduced to writing by me stenographically in the presence of the witness and thereafter reduced to typewriting.

I FURTHER CERTIFY that I am not a relative or Attorney of either party, in any manner interested in the event of this action, nor am I, or the court reporting firm with which I am affiliated, under a contract as defined in Civil Rule 28(D).

A01573

CONFIDENTIAL

Page 222

IN WITNESS WHEREOF, I have hereunto set my hand and seal of office at Dayton, Ohio, on this 10th day of April, 2023.

Kathy S. Wysong

_____

KATHY S. WYSONG, RPR

NOTARY PUBLIC, STATE OF OHIO

My commission expires 12-25-2023

CONFIDENTIAL

Page 223

Veritext Legal Solutions
1100 Superior Ave
Suite 1820
Cleveland, Ohio 44114
Phone: 216-523-1313

April 11, 2023

To: Omar Jafri, Esq.

Case Name: Torres, Luis, et al. v. Berry Corporation, et al.

Veritext Reference Number: 5833711

Witness:  Luis H. Torres        Deposition Date:  4/7/2023

Dear Sir/Madam:

Enclosed please find a deposition transcript.  Please have the witness review the transcript and note any changes or corrections on the included errata sheet, indicating the page, line number, change, and the reason for the change.  Have the witness' signature notarized and forward the completed page(s) back to us at the Production address shown above, or email to production-midwest@veritext.com.

If the errata is not returned within thirty days of your receipt of this letter, the reading and signing will be deemed waived.

Sincerely,

Production Department

NO NOTARY REQUIRED IN CA

A01575

CONFIDENTIAL

Page 224

DEPOSITION REVIEW
CERTIFICATION OF WITNESS

ASSIGNMENT REFERENCE NO: 5833711
CASE NAME: Torres, Luis, et al. v. Berry Corporation, et al.
DATE OF DEPOSITION: 4/7/2023
WITNESS' NAME: Luis H. Torres

In accordance with the Rules of Civil Procedure, I have read the entire transcript of my testimony or it has been read to me.

I have made no changes to the testimony as transcribed by the court reporter.

_____        _____
Date                   Luis H. Torres

Sworn to and subscribed before me, a Notary Public in and for the State and County, the referenced witness did personally appear and acknowledge that:

They have read the transcript;
They signed the foregoing Sworn
     Statement; and
Their execution of this Statement is of
     their free act and deed.

I have affixed my name and official seal

this _____ day of_____, 20____.

_____
Notary Public
_____
Commission Expiration Date

A01576

CONFIDENTIAL

Page 225

                    DEPOSITION REVIEW
                  CERTIFICATION OF WITNESS

        ASSIGNMENT REFERENCE NO: 5833711
        CASE NAME: Torres, Luis, et al. v. Berry Corporation, et al.
        DATE OF DEPOSITION: 4/7/2023
        WITNESS' NAME: Luis H. Torres
        In accordance with the Rules of Civil
Procedure, I have read the entire transcript of
my testimony or it has been read to me.
        I have listed my changes on the attached
Errata Sheet, listing page and line numbers as
well as the reason(s) for the change(s).
        I request that these changes be entered
as part of the record of my testimony.

        I have executed the Errata Sheet, as well
as this Certificate, and request and authorize
that both be appended to the transcript of my
testimony and be incorporated therein.
_____        _____
Date                    Luis H. Torres


        Sworn to and subscribed before me, a
Notary Public in and for the State and County,
the referenced witness did personally appear
and acknowledge that:
        They have read the transcript;
        They have listed all of their corrections
            in the appended Errata Sheet;
        They signed the foregoing Sworn
            Statement; and
        Their execution of this Statement is of
            their free act and deed.
        I have affixed my name and official seal
this _____ day of_____, 20_____.
                _____
                Notary Public


                _____
                Commission Expiration Date

Veritext Legal Solutions

A01577

CONFIDENTIAL

Page 226

ERRATA SHEET

VERITEXT LEGAL SOLUTIONS MIDWEST

ASSIGNMENT NO: 5833711

PAGE/LINE(S) /        CHANGE        /REASON

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


_____        _____

Date                     Luis H. Torres

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____

DAY OF _____, 20_____ .

                  _____

                  Notary Public


                  _____

                  Commission Expiration Date

A01578