# EXHIBIT 17

A01579

CONFIDENTIAL TESTIMONY

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

\* \* \*

LUIS TORRES, ALLIA DEANGELIS,

DARRICK INMAN, Individually

and On Behalf of All Others

Similarly Situated,

    Plaintiffs,

  vs.               CASE NO. 3:20-CV-3464-S

BERRY CORPORATION, ARTHUR T.

SMITH, CARY BAETZ, GARY A.

GROVE, BRENT S. BUCKLEY,

KAJ VAZALES, and EUGENE J. VOILAND,

    Defendants.

                  \* \* \*

Remote deposition of DARRICK C. INMAN, Plaintiff herein, called by the Defendants for cross-examination pursuant to the Rules of Civil Procedure, taken before me, Kathy S. Wysong, a Notary Public in and for the State of Ohio, at 15913 Northeast 83rd Street, Vancouver, Washington, on Wednesday, April 5, 2023, at 11:05 a.m.

                 \* \* \*

A01580

CONFIDENTIAL TESTIMONY

Page 27



Q.  Did you contribute any way into the drafting of this amended complaint?

A.  No, ma'am.

A01581

CONFIDENTIAL TESTIMONY

Page 28

Q.   Did you provide any input into the contents of the amended complaint before it was filed?

MR. O'CONNELL:  Objection, vague.

THE WITNESS:  No.

A01582

CONFIDENTIAL TESTIMONY

Page 31



Q.   Do you have any other basises for asserting that the statements in the amended complaint are false or misleading?

MR. O'CONNELL:  Object to form.

THE WITNESS:  Just what was provided to me by the investigation of my legal counsel.

A01583



Q.   Have you participated in any strategic decisions related to this case?

A.   Strategic decisions?  I don't believe so, no, ma'am.



Q.    Did you have any input into the drafting of this filing?

A01585

Page 43

A.    No, ma'am, I did not.



A01586