Page 45



Q.   Mr. Inman, do you provide any input into any of the documents that your counsel drafts

CONFIDENTIAL TESTIMONY

Page 46

to file in this case?

        MR. O'CONNELL:  Objection, vague,
asked and answered.

BY MS. PRIETO:

        Q.    You can answer.

        A.    Okay.  No.

        Q.    Have you, Mr. Inman, ever reviewed
any documents filed by defendants in this action?

        A.    Documents filed by --

        MR. O'CONNELL:  Objection, vague.

        THE WITNESS:  No, just the documents

A01588

CONFIDENTIAL TESTIMONY

Page 157

STATE OF OHIO            )

COUNTY OF MONTGOMERY )  SS: CERTIFICATE

I, Kathy S. Wysong, a Notary Public within and for the State of Ohio, duly commissioned and qualified,

DO HEREBY CERTIFY that the above-named DARRICK C. INMAN, was by me first duly sworn to testify the truth, the whole truth and nothing but the truth.

Said testimony was reduced to writing by me stenographically in the presence of the witness and thereafter reduced to typewriting.

I FURTHER CERTIFY that I am not a relative or Attorney of either party, in any manner interested in the event of this action, nor am I, or the court reporting firm with which I am affiliated, under a contract as defined in Civil Rule 28(D).

A01589

CONFIDENTIAL TESTIMONY

Page 158

IN WITNESS WHEREOF, I have hereunto set my hand and seal of office at Dayton, Ohio, on this 6th day of April, 2023.

*Kathy S. Wysong*

KATHY S. WYSONG, RPR

NOTARY PUBLIC, STATE OF OHIO

My commission expires 12-25-2023

A01590

Page 159

Veritext Legal Solutions
1100 Superior Ave
Suite 1820
Cleveland, Ohio 44114
Phone: 216-523-1313

April 7, 2023

To: MR. O'CONNELL

Case Name: Torres, Luis Et Al v. Berry Corporation Et Al

Veritext Reference Number: 5833710

Witness:  Darrick C Inman       Deposition Date:  4/5/2023

Dear Sir/Madam:

Enclosed please find a deposition transcript.  Please have the witness review the transcript and note any changes or corrections on the included errata sheet, indicating the page, line number, change, and the reason for the change.  Have the witness' signature notarized and forward the completed page(s) back to us at the Production address shown above, or email to production-midwest@veritext.com.

If the errata is not returned within thirty days of your receipt of this letter, the reading and signing will be deemed waived.

Sincerely,
Production Department

NO NOTARY REQUIRED IN CA

A01591

Page 160

DEPOSITION REVIEW
CERTIFICATION OF WITNESS

ASSIGNMENT REFERENCE NO: 5833710
CASE NAME: Torres, Luis Et Al v. Berry Corporation Et Al
DATE OF DEPOSITION: 4/5/2023
WITNESS' NAME: Darrick C Inman
In accordance with the Rules of Civil
Procedure, I have read the entire transcript of
my testimony or it has been read to me.
I have made no changes to the testimony
as transcribed by the court reporter.

_____        _____
Date                     Darrick C Inman
Sworn to and subscribed before me, a
Notary Public in and for the State and County,
the referenced witness did personally appear
and acknowledge that:

They have read the transcript;
They signed the foregoing Sworn
        Statement; and
Their execution of this Statement is of
        their free act and deed.

I have affixed my name and official seal

this _____ day of_____, 20_____.

_____
Notary Public

_____
Commission Expiration Date

Veritext Legal Solutions
www.veritext.com                              888-391-3376

A01592

Page 161

DEPOSITION REVIEW
CERTIFICATION OF WITNESS

ASSIGNMENT REFERENCE NO: 5833710
CASE NAME: Torres, Luis Et Al v. Berry Corporation Et Al
DATE OF DEPOSITION: 4/5/2023
WITNESS' NAME: Darrick C Inman

In accordance with the Rules of Civil Procedure, I have read the entire transcript of my testimony or it has been read to me.

I have listed my changes on the attached Errata Sheet, listing page and line numbers as well as the reason(s) for the change(s).

I request that these changes be entered as part of the record of my testimony.

I have executed the Errata Sheet, as well as this Certificate, and request and authorize that both be appended to the transcript of my testimony and be incorporated therein.

_____          _____
Date                              Darrick C Inman

Sworn to and subscribed before me, a Notary Public in and for the State and County, the referenced witness did personally appear and acknowledge that:

They have read the transcript;
They have listed all of their corrections
        in the appended Errata Sheet;
They signed the foregoing Sworn
        Statement; and
Their execution of this Statement is of
        their free act and deed.
I have affixed my name and official seal
this _____ day of_____, 20____.

_____
Notary Public

_____
Commission Expiration Date

Veritext Legal Solutions

A01593

Page 162

ERRATA SHEET

VERITEXT LEGAL SOLUTIONS MIDWEST

ASSIGNMENT NO: 5833710

PAGE/LINE(S) /          CHANGE          /REASON

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____        _____

Date                         Darrick C Inman

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____

DAY OF _____, 20_____ .

                    _____

                    Notary Public

                    _____

                    Commission Expiration Date

A01594