**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| LUIS TORRES, ALLIA DEANGELIS, DARRICK INMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>        v.<br><br>BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE J. VOILAND,<br><br>                Defendants. | Case No. 3:20-CV-3464-S<br><br>JUDGE KAREN G. SCHOLER |

**DECLARATION OF BRIAN P. O'CONNELL, ESQ**

I, Brian P. O'Connell, declare:

I am a member in good standing of the Bar of the States of Illinois and California and am qualified and authorized *pro hac vice* to appear before this Court in the above-captioned matter. I am an attorney at the law firm of Pomerantz LLP, counsel representing Lead Plaintiffs and Darrick Inman in the above-captioned matter. I submit this declaration based upon personal knowledge of which I am competent to testify, in connection with Plaintiffs' Reply Memorandum in Support of their Motion for Class Certification and Appointment of Class Representatives and Class Counsel:

1. Attached as Exhibit A is a true and correct copy of BERRY_1018110.

2. Attached as Exhibit B is a true and correct copy of BERRY_0040488.

3. Attached as Exhibit C is a true and correct copy of BERRY_1199481.

4. Attached as Exhibit D is a true and correct copy of the Expert Reply Report of Dr.

1

5

Matthew D. Cain, Ph.D.

5.  Attached as Exhibit E are Luis Torres Deposition Excerpts, dated April 7, 2023.

6.  Attached as Exhibit F are Allia DeAngelis Deposition Excerpts, dated March 31, 2023.

7.  Attached as Exhibit G are Darrick Inman Deposition Excerpts, dated April 5, 2023.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 26th day of May, 2023.

*/s/ Brian P. O'Connell*
Brian P. O'Connell

2

6

## CERTIFICATE OF SERVICE

I hereby certify that, on May 26, 2023, I served a copy of the Declaration of Brian P. O'Connell, Esq, to counsel of record for Defendants using the CM/ECF system, which will send email notification of this filing to all attorneys of record.

Executed on May 26, 2023

*/s/ Brian P. O'Connell*
Brian P. O'Connell

3

7