82

# Exhibit F

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

_____

LUIS TORRES, ALLIA DEANGELIS,

DARRICK INMAN, Individually and

on Behalf of All Others

Similarly Situated,

     Plaintiffs,

  v.                              Case No.

BERRY CORPORATION, ARTHUR T.        3:20-cv-3464-S

SMITH, CARY BAETZ, GARY A.

GROVE, BRENT S. BUCKLEY, KAJ

VAZALES, and EUGENE J. VOILAND,

     Defendants.

_____

VIDEOTAPED DEPOSITION OF

ALLIA DEANGELIS

DATE:          Friday, March 31, 2023

TIME:          9:00 a.m.

LOCATION:      Remote Proceeding

                 Salt Lake City, UT

REPORTED BY:  DeMarcus Maxie, Notary Public

JOB NO.:      5823737

deposition?

A    Yes.

Q    Do you recall when that was?

A    No.

Q    And do you know how many times you reviewed the Amended Complaint?

A    No.

Q    Ms. DeAngelis, what do you understand the false and misleading statements at issue to be in this matter?

A    It's around permitting.

Q    What do you mean by that?

A    Meaning there was known -- there were known issues that were already chronic and already occurring when they went IPO.  They knew they had problems getting the permits.  They weren't getting them and they didn't disclose it.  And that eventually impacted production.

Q    Bear with me.  I'm just taking a few notes.

A    Sure.

Q    Ms. DeAngelis, you testified that one of the false and misleading statements at issue was that Berry knew issues with -- knew issues with permitting were chronic at the IPO stage.  Is that correct?

A    Can you say that again?

Page 46

MS. PEIRSOL:  Yes.  It's Tab 27.  I'm going to mark it as Berry Exhibit 4.

BY MS. PEIRSOL:

Q    Ms. DeAngelis, this is a copy of the Memorandum of Law in Support of Plaintiffs' Motion for Class Certification, and Appointment of Class Representatives and Class Counsel.  Have you seen this document before?

MR. TYRE-KARP:  Ms. DeAngelis, you can take as long as you need to review the document before answering questions.

THE WITNESS:  Okay.  Thank you.

I have reviewed that, the contents of it, with my attorneys.

BY MS. PEIRSOL:

Q    Prior to preparing for today's deposition, have you reviewed this document?

A    The contents of the document, I have.

Q    And when was that?

A    I don't recall.

Q    Did you review it before it was filed?

A    I did.

Q    Ms. DeAngelis, do you know if you or any of the other plaintiffs in this matter engaged an expert to support your claims?

Page 49

for us, Ms. Prieto?

BY MS. PEIRSOL:

Q    Ms. DeAngelis, this is Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint.  Do you see that?

A    I do.

Q    Have you seen this document before?

A    I have.

Q    And did you review this document before it was filed?

A    I reviewed the contents of it or what it was going to say.

Q    So just to be clear, you reviewed a draft of this document before it was filed?

A    No.  I reviewed the conversation.  So the drafting and the legal words and the creation of the actual document, I leave to my attorneys.  But I do want to know what are we doing.  Why are we doing that?  And what is it saying in between all the legal words?  So did I read every line?  No.  Did I understand what, why the purpose?  I did.

Q    Aside from this paper that was filed with the court, did you review any other papers that were filed with the court before they were filed?

Page 183

CERTIFICATE OF DEPOSITION OFFICER

I, DEMARCUS MAXIE, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings, prior to testifying, were duly sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

DEMARCUS MAXIE

Notary Public in and for the

State of Texas

[X] Review of the transcript was requested.

Page 184

CERTIFICATE OF TRANSCRIBER

I, JULIE WHEELAND, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

JULIE WHEELAND