## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

---------------------------------------------------------

LUIS TORRES, ALLIA DEANGELIS,
DARRICK INMAN, Individually and On
Behalf of All Others Similarly Situated,

           Plaintiffs,

      v.

BERRY CORPORATION, ARTHUR T.
SMITH, CARY BAETZ, GARY A.
GROVE, BRENT S. BUCKLEY, KAJ
VAZALES, and EUGENE J. VOILAND,

          Defendants.

:
:
:
:
:
:
:  CASE NO.: 3:20-CV-3464-S
:
:  JUDGE KAREN G. SCHOLER
:
:
:
:
:
:
:
:

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR EVIDENTIARY HEARING ON LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

Before this Court is Defendants' Motion for Evidentiary Hearing on Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel. After considering the request and all related filings, the Court GRANTS Defendants' request.

THEREFORE, an evidentiary hearing on Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel is scheduled for _____, 2023.

Signed this ____ day of_____.

_____
THE HONORABLE KAREN G. SCHOLER
UNITED STATES DISTRICT JUDGE