UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

*******************************************************************

§
LUIS TORRES, ALLIA DEANGELIS,   §
DARRICK INMAN, Individually     §
and On Behalf of All Others     §
Similarly Situated,             §
                                §
          Plaintiffs,           §
                                §
VS.                             §
                                §  CASE NO. 3:20-CV-3464-S
BERRY CORPORATION, ARTHUR T.    §
SMITH, CARY BAETZ, GARY A.      §
GROVE, BRENT S. BUCKLEY, KAJ    §
VAZALES, and EUGENE J.          §
VOILAND,                        §
                                §
          Defendants.           §

*******************************************************************

TRANSCRIPT OF STATUS CONFERENCE
HEARD BEFORE THE HONORABLE KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE

OCTOBER 13, 2022

*******************************************************************

A P P E A R A N C E S:

FOR THE PLAINTIFFS:

Omar Jafri
POMERANTZ, LLP
10 South La Salle Street
Suite 3505
Chicago, Illinois 60603
ojafri@pomlaw.com

Brian O'Connell
POMERANTZ, LLP
10 South LaSalle Street
Suite 3505
Chicago, Illinois 60603
boconnell@pomlaw.com

FOR THE DEFENDANTS:

C. Shawn Cleveland
BAKER & HOSTETLER, LLP
2850 North Harwood Street
Suite 1100
Dallas, Texas 75201
scleveland@bakerlaw.com

Tamara D. Baggett
BAKER & HOSTETLER, LLP
2850 North Harwood Street
Suite 1100
Dallas, Texas 75201
tbaggett@bakerlaw.com

Douglas Wesley Greene
BAKER & HOSTETLER, LLP
99 Third Avenue
Suite 3900
Seattle, Washington 98104
dgreene@bakerlaw.com

Genevieve G. York-Erwin
BAKER & HOSTETLER, LLP
999 Third Avenue
Suite 3900
Seattle, Washington 98104
gyorkerwin@bakerlaw.com

A P P E A R A N C E S
(continued)

Official Court Reporter:

Thu Bui, CSR, RMR, CRR
1100 Commerce Street, #1654
Dallas, Texas 75242
(214) 753-2354

        Proceedings recorded by mechanical stenography,

transcript produced via computer.

<u>I N D E X</u>

PAGE

Appearances................................   2

Proceedings................................   5

Adjournment................................   7

Reporter's Certificate.....................   8

<u>**P R O C E E D I N G S**</u>

(Call to order of the court.)

THE COURT:  The Court calls Civil Action 3:20-cv-03464-S, Torres, et al., versus Berry Corporation, et al.

Counsel, please make your appearance for the record.  Let's start with the Plaintiffs.

MR. JAFRI:  Good afternoon, Your Honor.  Omar --

THE COURT:  You stand up when you address the Court, okay?

MR. JAFRI:  Sorry about that.

Good afternoon, Your Honor.  Omar Jafri from Pomerantz for Plaintiffs.

THE COURT:  Okay.

MR. O'CONNELL:  Good afternoon, Your Honor.  Brian O'Connell from Pomerantz also on behalf of the Plaintiffs.

THE COURT:  Thank you.

MR. CLEVELAND:  Your Honor, Shawn Cleveland --

THE COURT:  You know what, you don't have to bend over. I can hear you just fine.  Okay?

MR. CLEVELAND:  Okay.  Thank you, Your Honor.

Shawn Cleveland with Baker Hostetler for the Defendants along with my colleagues, Tamara Baggett also with Baker Hostetler, Doug Greene, and Genevieve York-Erwin.

THE COURT:  Okay.  Thank you.

Welcome, everybody.

All right.  Before the Court today is the initial status conference that we're finally having in person.  We had a very slow start to this case because it took almost 10 months for the Plaintiffs to decide on lead counsel, then there was the motion to dismiss.  The Court ruled on the motion to dismiss, and the answer was filed just several weeks ago.  So we're here today is not to argue the merits of the case but to get an action plan, which it seems like you all are not agreeing on anything except, really, just anything.  So I'm going to help you come up with agreement, and some reading of the tea leaves will be very helpful in making that agreement.

So let's go off the record and talk a little bit about this.

(Off the record.)

THE COURT:  Let's go back on the record.

Counsel, we had a, I thought, productive off-the-record discussion.  I'm encouraging you all to use the courtroom and the time in the next week to come up with an agreed scheduling order.  I gave you my thoughts on what was realistic and got your input as well.

You will have a week from today, which is October 20, 2022, to submit a new proposed agreed scheduling order; otherwise, the Court will pick a date and fill in the scheduling order as I can see fit and what I think would be

best for the case based on the input I've gotten so far.

Is there anything else for the record that you would like to -- questions or comments or anything for the record?  On behalf of Plaintiffs?

MR. JAFRI:  No, Your Honor.  Thank you for your time.

THE COURT:  And on behalf of the Defendants?

MR. CLEVELAND:  No, Your Honor.  We appreciate it.

THE COURT:  Thank you all.

Then we're adjourned.

COURT SECURITY:  All rise.

(WHEREUPON, the proceedings were adjourned.)

* * * *

REPORTER'S CERTIFICATE

I, Thu Bui, CRR, RMR, Official Court Reporter, United States District Court, Northern District of Texas, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled and numbered matter.

_/s/ Thu Bui_____
Official Court Reporter