# Appendix 2

## Taylor, Zachary R.

| | |
|---|---|
| **From:** | Taylor, Zachary R. |
| **Sent:** | Tuesday, March 7, 2023 9:34 PM |
| **To:** | Omar Jafri; Brian O'Connell; Scott Kim; Phillip Kim; Josh Silverman |
| **Cc:** | Greene, Douglas W.; York-Erwin, Genevieve G.; Cleveland, C. Shawn; Baggett, Tamara; Peirsol, Marissa A.; Drocton, Mathew G.; Barrow, Erica |
| **Subject:** | RE: Torres v. Berry Corporation et al. - Case No. 3:20-CV-3464-S |
| **Attachments:** | Notice of Video Deposition - Dr. Matthew D. Cain (002).pdf |

Counsel,

Attached is the Notice of Deposition for Dr. Matthew D. Cain in the above-referenced matter. As discussed, Plaintiffs have agreed to produce all backup materials to Dr. Cain's report pursuant to Federal Rule of Civil Procedure 26 by March 17, 2023.

As noted in our email dated February 28, we are prepared to produce our expert report backup materials five weeks before Plaintiffs' reply is due, if Plaintiffs agree to produce their backup materials by Friday, March 10.

Regards,
Zach


**Zach Taylor**
Associate

**BakerHostetler**
45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4645

ztaylor@bakerlaw.com
bakerlaw.com



**From:** Peirsol, Marissa A. <mpeirsol@bakerlaw.com>
**Sent:** Thursday, March 2, 2023 11:16 AM
**To:** Omar Jafri <ojafri@pomlaw.com>; Brian O'Connell <boconnell@pomlaw.com>; Scott Kim <skim@rosenlegal.com>; Barrow, Erica <ebarrow@bakerlaw.com>; Josh Silverman <jbsilverman@pomlaw.com>; Phillip Kim <pkim@rosenlegal.com>
**Cc:** York-Erwin, Genevieve G. <gyorkerwin@bakerlaw.com>; Greene, Douglas W. <dgreene@bakerlaw.com>; Cleveland, C. Shawn <scleveland@bakerlaw.com>; Baggett, Tamara <tbaggett@bakerlaw.com>; Peirsol, Marissa A. <mpeirsol@bakerlaw.com>; Drocton, Mathew G. <mdrocton@bakerlaw.com>
**Subject:** Torres v. Berry Corporation et al. - Case No. 3:20-CV-3464-S

Counsel,

Attached are Notices of Deposition for the named Plaintiffs in the above-referenced matter.  Please produce documents for these individuals and privileged log no later than Friday, March 10.

Thanks,
Marissa

**Marissa Peirsol**
Partner

BakerHostetler

200 Civic Center Drive | Suite 1200
Columbus, OH 43215-4138
T +1.614.462.2656

mpeirsol@bakerlaw.com
bakerlaw.com



2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

LUIS TORRES, ALLIA DEANGELIS,
DARRICK INMAN, Individually and On
Behalf of All Others Similarly Situated,

     Plaintiffs,

v.

BERRY CORPORATION, ARTHUR T.
SMITH, CARY BAETZ, GARY A. GROVE,
BRENT S. BUCKLEY, KAJ VAZALES, and
EUGENE J. VOILAND,

     Defendants.

CASE NO. 3:20-CV-3464-S

JUDGE KAREN G. SCHOLER

## NOTICE OF [VIDEO] DEPOSITION OF DR. MATTHEW D. CAIN

Please take notice, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants Berry Corporation, Arthur T. Smith, Cary Baetz, Gary A. Grove, Brent S. Buckley, Kaj Vazales, and Eugene J. Voiland ("Defendants") will take the deposition of Dr. Matthew D. Cain, in person, at the Offices of Baker & Hostetler LLP, 2850 North Harwood Street, Suite 1100, Dallas, Texas 75201, on March 29, 2023, beginning at 9:00 a.m. [CST]. The deposition will continue from day to day thereafter until completed without further notice.

This deposition by oral examination shall be recorded by stenographic and audiovisual means before an officer authorized to administer oaths. The deposition is taken to be used as testimony at the trial in the above-captioned case and for all other purposes allowed by law.

All parties to the action are invited to attend and cross-examine.

Respectfully submitted, this 7th day of March, 2023.

BAKER & HOSTETLER LLP

*/s/ Zachary R. Taylor*
Zachary R. Taylor
ztaylor@bakerlaw.com
45 Rockefeller Plaza
New York NY 10111-0100
Telephone:  212.589.4200
Facsimile:  212.589.4201

*/s/ Tamara D. Baggett*
Tamara D. Baggett
tbaggett@bakerlaw.com
2850 North Harwood Street, Suite 1100
Dallas, TX  75201-2640
Telephone:  214.210.1200
Facsimile:  214.210.1201

*/s/ Douglas W. Greene*
Douglas W. Greene *(Pro Hac Vice)*
dgreene@bakerlaw.com
45 Rockefeller Plaza
New York NY 10111-0100
Telephone:  212.589.4200
Facsimile:  212.589.4201

*/s/ Genevieve G. York-Erwin*
Genevieve G. York-Erwin *(Pro Hac Vice)*
gyorkerwin@bakerlaw.com
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Telephone:  206.332.1380
Facsimile:  206.624.7317

*Attorneys for Defendants*

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 7th day of March, 2023, a copy of the

foregoing Notice of [Video] Deposition was served electronically upon opposing counsel.

<u>/s/ Zachary R. Taylor</u>
Zachary R. Taylor