# Appendix 3

**Taylor, Zachary R.**

| | |
|---|---|
| **From:** | Taylor, Zachary R. |
| **Sent:** | Monday, March 20, 2023 3:28 PM |
| **To:** | Scott Kim; Peirsol, Marissa A.; Brian O'Connell; Omar Jafri; Barrow, Erica; Josh Silverman; Phillip Kim |
| **Cc:** | York-Erwin, Genevieve G.; Greene, Douglas W.; Cleveland, C. Shawn; Baggett, Tamara; Drocton, Mathew G. |
| **Subject:** | RE: Torres v. Berry Corporation et al. - Case No. 3:20-CV-3464-S |

Brian,

We disagree that if we were to depose Dr. Cain now we would forfeit the right to depose him again later. If, for example, you intend to retain Dr. Cain to submit an expert report on damages, we would (clearly) have the right to depose him in connection with class certification as well as, later, on damages. Numerous courts have allowed a party to depose an opposing expert twice in similar circumstances, where the expert files an entirely new report or a supplemental report that contains new facts and opinions not included in the initial report. *See, e.g., Cmty. Ass'n Underwriters of Am., Inc. v. Rauscher Horticultural, LLC*, 2022 WL 1793190, at *2 (W.D.N.Y. June 2, 2022); *In re Chicago Bridge & Iron Co. N.V. Sec. Litig.*, 2019 WL 6879321, at *1 (S.D.N.Y. Dec. 16, 2019); *In re TFI-LCK (Flat Panel) Antitrust Litig.*, 2014 WL 12639392, at *2 (N.D. Cal. Dec. 10, 2014).

Nonetheless, given scheduling constraints, we withdraw our initial notice of deposition to Dr. Cain. We will follow up with a new notice of deposition at a later date.

Regards,
Zach

**Zach Taylor**
Associate

BakerHostetler
45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4645

ztaylor@bakerlaw.com
bakerlaw.com



**From:** Scott Kim <skim@rosenlegal.com>
**Sent:** Friday, March 17, 2023 2:34 PM
**To:** Peirsol, Marissa A. <mpeirsol@bakerlaw.com>; Brian O'Connell <boconnell@pomlaw.com>; Omar Jafri <ojafri@pomlaw.com>; Barrow, Erica <ebarrow@bakerlaw.com>; Josh Silverman <jbsilverman@pomlaw.com>; Phillip Kim <pkim@rosenlegal.com>
**Cc:** York-Erwin, Genevieve G. <gyorkerwin@bakerlaw.com>; Greene, Douglas W. <dgreene@bakerlaw.com>; Cleveland, C. Shawn <scleveland@bakerlaw.com>; Baggett, Tamara <tbaggett@bakerlaw.com>; Drocton, Mathew G. <mdrocton@bakerlaw.com>; Taylor, Zachary R. <ztaylor@bakerlaw.com>
**Subject:** RE: Torres v. Berry Corporation et al. - Case No. 3:20-CV-3464-S

Ms. DeAngelis is available on 3/31 at 9:00 a.m. Mountain/10:00 a.m. Central.

Scott Kim

Associate Attorney
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, New York 10016
Tel: 212.686.1060
Fax: 212.202.3827

---

**From:** Scott Kim
**Sent:** Friday, March 17, 2023 1:46 PM
**To:** Peirsol, Marissa A. <mpeirsol@bakerlaw.com>; Brian O'Connell <boconnell@pomlaw.com>; Omar Jafri <ojafri@pomlaw.com>; Barrow, Erica <ebarrow@bakerlaw.com>; Josh Silverman <jbsilverman@pomlaw.com>; Phillip Kim <pkim@rosenlegal.com>
**Cc:** York-Erwin, Genevieve G. <gyorkerwin@bakerlaw.com>; Greene, Douglas W. <dgreene@bakerlaw.com>; Cleveland, C. Shawn <scleveland@bakerlaw.com>; Baggett, Tamara <tbaggett@bakerlaw.com>; Drocton, Mathew G. <mdrocton@bakerlaw.com>; Taylor, Zachary R. <ztaylor@bakerlaw.com>
**Subject:** RE: Torres v. Berry Corporation et al. - Case No. 3:20-CV-3464-S

We do not agree to extending the deadline for the class cert opp.

I will speak with our client and let you know what date works for her.

Thank you!

Scott Kim
Associate Attorney
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, New York 10016
Tel: 212.686.1060
Fax: 212.202.3827

---

**From:** Peirsol, Marissa A. <mpeirsol@bakerlaw.com>
**Sent:** Friday, March 17, 2023 12:57 PM
**To:** Scott Kim <skim@rosenlegal.com>; Brian O'Connell <boconnell@pomlaw.com>; Omar Jafri <ojafri@pomlaw.com>; Barrow, Erica <ebarrow@bakerlaw.com>; Josh Silverman <jbsilverman@pomlaw.com>; Phillip Kim <pkim@rosenlegal.com>
**Cc:** York-Erwin, Genevieve G. <gyorkerwin@bakerlaw.com>; Greene, Douglas W. <dgreene@bakerlaw.com>; Cleveland, C. Shawn <scleveland@bakerlaw.com>; Baggett, Tamara <tbaggett@bakerlaw.com>; Drocton, Mathew G. <mdrocton@bakerlaw.com>; Taylor, Zachary R. <ztaylor@bakerlaw.com>
**Subject:** RE: Torres v. Berry Corporation et al. - Case No. 3:20-CV-3464-S

**[EXTERNAL EMAIL]**

Scott,

Unfortunately, April 13 will not work for us given that that opposition to class certification is due the following day. We are, however, willing to depose Ms. DeAngelis on April 13 if Plaintiffs would agree to extend the deadline for the opposition a week.

If not, we can move forward with Ms. DeAngelis' deposition on date noticed (March 21), or on the date you initially provided (April 6).  We are also available on March 20, March 22, or March 31.

Thanks,

2

Marissa

---

**From:** Scott Kim <skim@rosenlegal.com>
**Sent:** Friday, March 17, 2023 10:05 AM
**To:** Peirsol, Marissa A. <mpeirsol@bakerlaw.com>; Brian O'Connell <boconnell@pomlaw.com>; Omar Jafri <ojafri@pomlaw.com>; Barrow, Erica <ebarrow@bakerlaw.com>; Josh Silverman <jbsilverman@pomlaw.com>; Phillip Kim <pkim@rosenlegal.com>
**Cc:** York-Erwin, Genevieve G. <gyorkerwin@bakerlaw.com>; Greene, Douglas W. <dgreene@bakerlaw.com>; Cleveland, C. Shawn <scleveland@bakerlaw.com>; Baggett, Tamara <tbaggett@bakerlaw.com>; Drocton, Mathew G. <mdrocton@bakerlaw.com>; Taylor, Zachary R. <ztaylor@bakerlaw.com>
**Subject:** RE: Torres v. Berry Corporation et al. - Case No. 3:20-CV-3464-S

Good morning counsel,

Can you confirm whether the date below works for Ms. DeAngelis' deposition?

Thank you.

Scott Kim
Associate Attorney
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, New York 10016
Tel: 212.686.1060
Fax: 212.202.3827

---

**From:** Scott Kim
**Sent:** Thursday, March 16, 2023 7:39 PM
**To:** Peirsol, Marissa A. <mpeirsol@bakerlaw.com>; Brian O'Connell <boconnell@pomlaw.com>; Omar Jafri <ojafri@pomlaw.com>; Barrow, Erica <ebarrow@bakerlaw.com>; Josh Silverman <jbsilverman@pomlaw.com>; Phillip Kim <pkim@rosenlegal.com>
**Cc:** York-Erwin, Genevieve G. <gyorkerwin@bakerlaw.com>; Greene, Douglas W. <dgreene@bakerlaw.com>; Cleveland, C. Shawn <scleveland@bakerlaw.com>; Baggett, Tamara <tbaggett@bakerlaw.com>; Drocton, Mathew G. <mdrocton@bakerlaw.com>; Taylor, Zachary R. <ztaylor@bakerlaw.com>
**Subject:** RE: Torres v. Berry Corporation et al. - Case No. 3:20-CV-3464-S

Ms. DeAngelis is available on April 13, if that works for defendants.

Scott Kim
Associate Attorney
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, New York 10016
Tel: 212.686.1060
Fax: 212.202.3827

---

**From:** Peirsol, Marissa A. <mpeirsol@bakerlaw.com>
**Sent:** Thursday, March 16, 2023 5:31 PM
**To:** Scott Kim <skim@rosenlegal.com>; Brian O'Connell <boconnell@pomlaw.com>; Omar Jafri <ojafri@pomlaw.com>; Barrow, Erica <ebarrow@bakerlaw.com>; Josh Silverman <jbsilverman@pomlaw.com>; Phillip Kim

<pkim@rosenlegal.com>
**Cc:** York-Erwin, Genevieve G. <gyorkerwin@bakerlaw.com>; Greene, Douglas W. <dgreene@bakerlaw.com>; Cleveland, C. Shawn <scleveland@bakerlaw.com>; Baggett, Tamara <tbaggett@bakerlaw.com>; Drocton, Mathew G. <mdrocton@bakerlaw.com>; Taylor, Zachary R. <ztaylor@bakerlaw.com>
**Subject:** RE: Torres v. Berry Corporation et al. - Case No. 3:20-CV-3464-S

**[EXTERNAL EMAIL]**

Thanks, Scott.

Is Ms. DeAngelis available April 4?  If not, does she have availability April 10-12?

Thanks,
Marissa

**From:** Scott Kim <skim@rosenlegal.com>
**Sent:** Thursday, March 16, 2023 4:14 PM
**To:** Peirsol, Marissa A. <mpeirsol@bakerlaw.com>; Brian O'Connell <boconnell@pomlaw.com>; Omar Jafri <ojafri@pomlaw.com>; Barrow, Erica <ebarrow@bakerlaw.com>; Josh Silverman <jbsilverman@pomlaw.com>; Phillip Kim <pkim@rosenlegal.com>
**Cc:** York-Erwin, Genevieve G. <gyorkerwin@bakerlaw.com>; Greene, Douglas W. <dgreene@bakerlaw.com>; Cleveland, C. Shawn <scleveland@bakerlaw.com>; Baggett, Tamara <tbaggett@bakerlaw.com>; Drocton, Mathew G. <mdrocton@bakerlaw.com>; Taylor, Zachary R. <ztaylor@bakerlaw.com>
**Subject:** RE: Torres v. Berry Corporation et al. - Case No. 3:20-CV-3464-S

Counsel,

Ms. DeAngelis has just informed me that her schedule has changed and she is not available on April 6.

Would March 30 at 10:00 a.m. central work for defense counsel?

Scott Kim
Associate Attorney
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, New York 10016
Tel: 212.686.1060
Fax: 212.202.3827

**From:** Peirsol, Marissa A. <mpeirsol@bakerlaw.com>
**Sent:** Thursday, March 16, 2023 2:15 PM
**To:** Brian O'Connell <boconnell@pomlaw.com>; Omar Jafri <ojafri@pomlaw.com>; Scott Kim <skim@rosenlegal.com>; Barrow, Erica <ebarrow@bakerlaw.com>; Josh Silverman <jbsilverman@pomlaw.com>; Phillip Kim <pkim@rosenlegal.com>
**Cc:** York-Erwin, Genevieve G. <gyorkerwin@bakerlaw.com>; Greene, Douglas W. <dgreene@bakerlaw.com>; Cleveland, C. Shawn <scleveland@bakerlaw.com>; Baggett, Tamara <tbaggett@bakerlaw.com>; Drocton, Mathew G. <mdrocton@bakerlaw.com>; Taylor, Zachary R. <ztaylor@bakerlaw.com>
**Subject:** RE: Torres v. Berry Corporation et al. - Case No. 3:20-CV-3464-S

**[EXTERNAL EMAIL]**

Brian,

Thanks for the email.

4

Are the three plaintiffs willing to have their depositions taken in Dallas?

If not, are they able to have their depositions taken where they live?  Where do they live?

If all else fails, we will take them by Zoom.

- Inman – April 4 or 5, starting at 10:00 a.m. central
- DeAngelis – April 6, starting at 10:00 a.m. central
- Torres – April 7, starting at 10:00 a.m. central

Zach Taylor is handling the expert's deposition and will responds separately to schedule.

Thanks,
Marissa


**From:** Brian O'Connell <boconnell@pomlaw.com>
**Sent:** Thursday, March 16, 2023 12:02 PM
**To:** Omar Jafri <ojafri@pomlaw.com>; Peirsol, Marissa A. <mpeirsol@bakerlaw.com>; Scott Kim <skim@rosenlegal.com>; Barrow, Erica <ebarrow@bakerlaw.com>; Josh Silverman <jbsilverman@pomlaw.com>; Phillip Kim <pkim@rosenlegal.com>
**Cc:** York-Erwin, Genevieve G. <gyorkerwin@bakerlaw.com>; Greene, Douglas W. <dgreene@bakerlaw.com>; Cleveland, C. Shawn <scleveland@bakerlaw.com>; Baggett, Tamara <tbaggett@bakerlaw.com>; Drocton, Mathew G. <mdrocton@bakerlaw.com>
**Subject:** RE: Torres v. Berry Corporation et al. - Case No. 3:20-CV-3464-S


[External Email: Use caution when clicking on links or opening attachments.]


Marissa,

We have not heard back from you since we sent you our client and expert deposition dates. They need sufficient time to plan their schedules. For example, Mr. Inman is a commercial airline pilot and his schedule is set in advance. He cannot appear without significant notice.

Please confirm whether these depositions are taking place for DeAngelis, Torres, Inman and Dr. Cain, and on what dates.

-Brian


**Brian P. O'Connell**
**POMERANTZ LLP**
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Tel: (312)-881-4859
Fax: (312)-377-1184
boconnell@pomlaw.com

**From:** Brian O'Connell
**Sent:** Wednesday, March 8, 2023 2:01 PM
**To:** Omar Jafri <ojafri@pomlaw.com>; 'Peirsol, Marissa A.' <mpeirsol@bakerlaw.com>; 'Scott Kim' <skim@rosenlegal.com>; 'Barrow, Erica' <ebarrow@bakerlaw.com>; Josh Silverman <jbsilverman@pomlaw.com>; 'Phillip Kim' <pkim@rosenlegal.com>
**Cc:** 'York-Erwin, Genevieve G.' <gyorkerwin@bakerlaw.com>; 'Greene, Douglas W.' <dgreene@bakerlaw.com>; 'Cleveland, C. Shawn' <scleveland@bakerlaw.com>; 'Baggett, Tamara' <tbaggett@bakerlaw.com>; 'Drocton, Mathew G.' <mdrocton@bakerlaw.com>
**Subject:** RE: Torres v. Berry Corporation et al. - Case No. 3:20-CV-3464-S

Marissa,

Ms. DeAngelis is available for a deposition on April 6 at 10:00 a.m. central via Zoom. Mr. Torres is available on April 7 starting at 10:00 a.m. central via Zoom.

We will reach out to Dr. Cain regarding his availability for a deposition. If you want to depose him now, that will be his only deposition in this matter—there will not be subsequent depositions of Dr. Cain later in the case.

We anticipate that we will produce documents pursuant to your first RFPs within a week. Regarding privilege logs, as you know, under the Protocol for the Production of Documents, we are first required to meet and confer regarding the format of a privilege log and the content of such a log prior to the generation of a log.  We are happy to go through that meet and confer process with you, but until we have met and agreed on that we will not be producing a log. In any case, your privilege log will be much more extensive and important than anything we would have, so it is imperative that we each agree on the procedures for logging privileged documents pursuant to the Order before we start generating these logs.
-Brian


**Brian P. O'Connell**
**POMERANTZ** LLP
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Tel: (312)-881-4859
Fax: (312)-377-1184
boconnell@pomlaw.com


**From:** Omar Jafri <ojafri@pomlaw.com>
**Sent:** Tuesday, March 7, 2023 11:02 AM
**To:** Peirsol, Marissa A. <mpeirsol@bakerlaw.com>; Brian O'Connell <boconnell@pomlaw.com>; Scott Kim <skim@rosenlegal.com>; Barrow, Erica <ebarrow@bakerlaw.com>; Josh Silverman <jbsilverman@pomlaw.com>; Phillip Kim <pkim@rosenlegal.com>
**Cc:** York-Erwin, Genevieve G. <gyorkerwin@bakerlaw.com>; Greene, Douglas W. <dgreene@bakerlaw.com>; Cleveland, C. Shawn <scleveland@bakerlaw.com>; Baggett, Tamara <tbaggett@bakerlaw.com>; Drocton, Mathew G. <mdrocton@bakerlaw.com>
**Subject:** RE: Torres v. Berry Corporation et al. - Case No. 3:20-CV-3464-S

Mr. Inman is available for a deposition via zoom between March 28th through March 30th or between April 4th through April 6th, starting at 10:00 a.m. central.  We are still working on dates for the other plaintiffs.

**Omar Jafri**

**POMERANTZ LLP**

10 South LaSalle Street, Suite 3505

Chicago, IL 60603

Tel: (312)-881-4850

Fax: (312)-377-1184

ojafri@pomlaw.com

www.pomlaw.com

---

**From:** Peirsol, Marissa A. <mpeirsol@bakerlaw.com>
**Sent:** Thursday, March 2, 2023 1:16 PM
**To:** Omar Jafri <ojafri@pomlaw.com>; Brian O'Connell <boconnell@pomlaw.com>; Scott Kim <skim@rosenlegal.com>; Barrow, Erica <ebarrow@bakerlaw.com>; Josh Silverman <jbsilverman@pomlaw.com>; Phillip Kim <pkim@rosenlegal.com>
**Cc:** York-Erwin, Genevieve G. <gyorkerwin@bakerlaw.com>; Greene, Douglas W. <dgreene@bakerlaw.com>; Cleveland, C. Shawn <scleveland@bakerlaw.com>; Baggett, Tamara <tbaggett@bakerlaw.com>; Peirsol, Marissa A. <mpeirsol@bakerlaw.com>; Drocton, Mathew G. <mdrocton@bakerlaw.com>
**Subject:** Torres v. Berry Corporation et al. - Case No. 3:20-CV-3464-S

Counsel,

Attached are Notices of Deposition for the named Plaintiffs in the above-referenced matter.  Please produce documents for these individuals and privileged log no later than Friday, March 10.

Thanks,
Marissa

**Marissa Peirsol**
Partner

**Baker**Hostetler

200 Civic Center Drive | Suite 1200
Columbus, OH 43215-4138
T +1.614.462.2656

mpeirsol@bakerlaw.com
bakerlaw.com



This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended

recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.