**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| LUIS TORRES, ALLIA DEANGELIS, DARRICK INMAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE J. VOILAND, <br><br> Defendants. | Case No. 3:20-CV-3464-S <br><br> JUDGE KAREN G. SCHOLER |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Lead Plaintiffs Luis Torres and Allia DeAngelis, and additional Plaintiff Darrick Inman ("Plaintiffs") and Defendants Berry Corporation, Arthur T. Smith, Cary Baetz, Gary A. Grove, Brent S. Buckley, Kaj Vazales, and Eugene Voiland ("Defendants") (hereafter, collectively referred to as "the Parties"), hereby notify the Court that they have reached an agreement to settle this Action in its entirety, and jointly move to vacate all deadlines and hearings, stay proceedings, and terminate without prejudice pending motions while they document the settlement. In support of this motion, the Parties state as follows:

1. On July 31, 2023, the Parties reached an agreement in principle to settle this Action in its entirety, and signed a term sheet reflecting that agreement. The Parties expect to fully document the settlement with 30 days and Plaintiffs expect to seek preliminary approval within 10 days of the Parties executing such documentation.

2. Accordingly, the Parties jointly request that the Court vacate all litigation deadlines

and hearings, stay proceedings and terminate without prejudice all pending motions while they

document the settlement.

Dated: August 2, 2023

Respectfully submitted,

| **POMERANTZ LLP** | **BAKER & HOSTETLER LLP** |
|---|---|
| /s/ *Brian P. O'Connell* | */s/ Douglas W. Greene* |
| Joshua B. Silverman  (*Pro Hac Vice*) | Douglas W. Greene (*Pro Hac Vice*) |
| Omar Jafri (*Pro Hac Vice*) | Genevieve G. York-Erwin (*Pro Hac Vice*) |
| Brian P. O'Connell (*Pro Hac Vice*) | Zachary R. Taylor (*Pro Hac Vice*) |
| Ten South La Salle Street, Suite 3505 | 45 Rockefeller Plaza |
| Chicago, Illinois 60603 | New York, NY 10111-0100 |
| Tel:    (312) 377-1181 | Tel:    (212) 589-4200 |
| Fax:    (312) 377-1184 | E-mail: dgreene@bakerlaw.com |
| E-mail: jbsilverman@pomlaw.com |         gyorkerwin@bakerlaw.com |
|         ojafri@pomlaw.com |         ztaylor@bakerlaw.com |
|         boconnell@pomlaw.com | |

C. Shawn Cleveland (Texas No. 24012433)
Tamara D. Baggett (Texas No. 24058573)
2850 North Harwood Street, Suite 1100
Dallas, TX 75201
Tel:    (214) 210-1200
Email: scleveland@bakerlaw.com
         tbaggett@bakerlaw.com

***Attorneys for Defendants***

**THE ROSEN LAW FIRM, P.A.**

*/s/ Phillip Kim*
Phillip Kim (*Pro Hac Vice*)
Ha Sung (Scott) Kim  (*Pro Hac Vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Phone: (212) 686-1060
Fax:    (212) 202-3827
Email: pkim@rosenlegal.com
         skim@rosenlegal.com

***Lead Counsel for Plaintiffs***

**GRAVES LAW OFFICE**
Curtis C. Graves

12700 Park Central Drive
Suite 520
Dallas, Texas 75251
Telephone: (214) 321-6940
Facsimile: (866) 770-6949
curtis@cgraveslaw.com

**THE BRISCOE LAW FIRM, PLLC**
Willie C. Briscoe
Texas Bar No. 24001788
12700 Park Central Drive, Suite 520
Dallas, Texas 75251
Telephone: 972-521-6868
Facsimile: 346-214-7463
wbriscoe@thebriscoelawfirm.com

*Liaison Counsel for Plaintiffs*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Eitan Kimelman
60 E 42nd Street, Suite 4600
New York, New York 10165
Phone: 212-697-6484
Fax:    212-697-7296
Email: eitank@bgandg.com

**LEVI & KORSINSKY, LLP**
Daniel Tepper
55 Broadway, 10th Floor
New York, NY 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
dtepper@zlk.com

**BRAGAR EAGEL & SQUIRE, P.C.**
Marion C. Passmore
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-3599
Facsimile: (212) 214-0506
Email: passmore@bespc.com

*Additional Counsel for Plaintiffs*

3