**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| LUIS TORRES, ALLIA DEANGELIS, DARRICK INMAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE J. VOILAND, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:20-CV-3464-S <br><br> JUDGE KAREN G. SCHOLER |

## [PROPOSED] ORDER STAYING ALL DEADLINES

On, this date, the Court considered the Joint Motion to Stay All Deadlines and Notice of Settlement filed by Lead Plaintiffs Luis Torres and Allia DeAngelis, and additional Plaintiff Darrick Inman ("Plaintiffs") and Defendants Berry Corporation, Arthur T. Smith, Cary Baetz, Gary A. Grove, Brent S. Buckley, Kaj Vazales, and Eugene Voiland ("Defendants") (hereafter, collectively referred to as "the Parties."

The Court finds that the Parties' request to vacate all litigation deadlines and hearings, including all deadlines in the Scheduling Order, stay proceedings, and terminate without prejudice all pending motions should be, and is hereby, **GRANTED** in order to provide time for Plaintiffs and Defendants to finalize their agreement and file dismissal papers.

It is therefore **ORDERED** that all deadlines and hearings in this action are vacated, the proceedings are stayed, and all pending motions are terminated without prejudice.

**SO ORDERED** on _____, 2023

_____
Hon. Judge Karen G. Scholer
United States District Judge