**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|   |   |
|---|---|
| LUIS TORRES, ALLIA DEANGELIS, DARRICK INMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE J. VOILAND,<br><br>       Defendants. | Case No. 3:20-CV-3464-S<br><br>JUDGE KAREN G. SCHOLER |

## JOINT MOTION TO VACATE THE DEADLINE TO FILE DISMISSAL DOCUMENTS

On August 2, 2023, Lead Plaintiffs Luis Torres and Allia DeAngelis, and additional Plaintiff Darrick Inman ("Plaintiffs") and Defendants Berry Corporation, Arthur T. Smith, Cary Baetz, Gary A. Grove, Brent S. Buckley, Kaj Vazales, and Eugene Voiland ("Defendants") (hereafter, collectively referred to as "the Parties"), notified the Court that they had reached an agreement to settle this Action in its entirety, and jointly moved to vacate all deadlines and hearings, stay proceedings, and to terminate without prejudice pending motions while they document the settlement. Dkt. No. 144. On August 3, 2023, the Court granted the motion, and ordered the parties to file dismissal papers by August 30, 2023. Dkt. No. 145.

The Parties respectfully move the Court to vacate the August 30, 2023 deadline. In order for the Plaintiffs, and the Classes, to recover, the proposed settlement must be approved by the Court. *See* Fed. R. Civ. P. 23(e). The "court must undertake two steps in approving class action settlements: (1) preliminary approval of the settlement, such that notice should be provided to the

proposed settlement class; and (2) final fairness review, including a hearing at which all interested parties are afforded the opportunity to be heard on the proposed settlement." *Blackmon v. Zachary Holdings, Inc.*, No. SA-20-CV-00988-JKP, 2022 U.S. Dist. LEXIS 139417, at *8 (W.D. Tex. Aug. 5, 2022); *McNamara v. Bre-X Minerals Ltd.*, 214 F.R.D. 424, 426 (E.D. Tex. 2002) (same); *Newby v. Enron Corp. (In re Enron Corp. Secs)*, No. MDL-1446, 2008 U.S. Dist. LEXIS 84656, at *38-41 (S.D. Tex. Sep. 8, 2008) (describing the two-step process).

Consistent with their Memorandum of Understanding, Plaintiffs will seek preliminary approval of the settlement by September 18, 2023. If the Court grants preliminary approval, and after the notice has been sent out to the Classes, Plaintiffs will move for final approval of the settlement. The proposed final approval order will provide for dismissal with prejudice of all claims in the Action. Should the Court grant final approval, Plaintiffs will then move for distribution of settlement funds.

Dated: August 11, 2023

Respectfully submitted,

| | |
|---|---|
| **POMERANTZ LLP** | **BAKER & HOSTETLER LLP** |
| /s/ *Brian P. O'Connell* | /s/ *Genevieve G. York-Erwin* |
| Joshua B. Silverman  (*Pro Hac Vice*) | Douglas W. Greene (*Pro Hac Vice*) |
| Omar Jafri (*Pro Hac Vice*) | Genevieve G. York-Erwin (*Pro Hac Vice*) |
| Brian P. O'Connell (*Pro Hac Vice*) | Zachary R. Taylor (*Pro Hac Vice*) |
| Ten South La Salle Street, Suite 3505 | 45 Rockefeller Plaza |
| Chicago, Illinois 60603 | New York, NY 10111-0100 |
| Tel:    (312) 377-1181 | Tel:    (212) 589-4200 |
| Fax:    (312) 377-1184 | E-mail: dgreene@bakerlaw.com |
| E-mail: jbsilverman@pomlaw.com |        gyorkerwin@bakerlaw.com |
|        ojafri@pomlaw.com |        ztaylor@bakerlaw.com |
|        boconnell@pomlaw.com | |

C. Shawn Cleveland (Texas No. 24012433)
Tamara D. Baggett (Texas No. 24058573)
2850 North Harwood Street, Suite 1100
Dallas, TX 75201

Tel:    (214) 210-1200
Email: scleveland@bakerlaw.com
           tbaggett@bakerlaw.com

*Attorneys for Defendants*

**THE ROSEN LAW FIRM, P.A.**

*/s/ Phillip Kim*
Phillip Kim (*Pro Hac Vice*)
Ha Sung (Scott) Kim  (*Pro Hac Vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Phone: (212) 686-1060
Fax:    (212) 202-3827
Email: pkim@rosenlegal.com
           skim@rosenlegal.com

*Lead Counsel for Plaintiffs*

**GRAVES LAW OFFICE**
Curtis C. Graves
12700 Park Central Drive
Suite 520
Dallas, Texas 75251
Telephone: (214) 321-6940
Facsimile: (866) 770-6949
curtis@cgraveslaw.com

**BRAGAR EAGEL & SQUIRE, P.C.**
Marion C. Passmore
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-3599
Facsimile: (212) 214-0506
Email: passmore@bespc.com

*Additional Counsel for Plaintiffs*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on August 11, 2023, I served a copy of the foregoing to counsel of record for Defendants using the CM/ECF system, which will send email notification of this filing to all attorneys of record.

Executed on August 11, 2023.

*/s/ Brian P. O'Connell*
Brian P. O'Connell
