**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| LUIS TORRES, ALLIA DEANGELIS, DARRICK INMAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE J. VOILAND, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Case No. 3:20-CV-3464-S <br><br> JUDGE KAREN G. SCHOLER |

**[PROPOSED] ORDER VACATING**
**DEADLINE TO FILE DISMISSAL DOCUMENTS**

On, this date, the Court considered the Joint Motion to Vacate the Deadline to File Dismissal Documents, by Lead Plaintiffs Luis Torres and Allia DeAngelis, and additional Plaintiff Darrick Inman ("Plaintiffs") and Defendants Berry Corporation, Arthur T. Smith, Cary Baetz, Gary A. Grove, Brent S. Buckley, Kaj Vazales, and Eugene Voiland ("Defendants") (hereafter, collectively referred to as "the Parties").

The Court finds that the Parties' request to vacate the August 30, 2023 deadline to file dismissal papers is hereby **GRANTED**.

It is therefore **ORDERED** that Plaintiffs shall file their motion for preliminary approval of the Settlement by September 18, 2023.

**SO ORDERED** on _____, 2023

_____
Hon. Judge Karen G. Scholer
United States District Judge