# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| LUIS TORRES, ALLIA DEANGELIS, DARRICK INMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE J. VOILAND,<br><br>Defendants. | Case No. 3:20-cv-03464-S<br><br>JUDGE KAREN G. SCHOLER<br><br><u>CLASS ACTION</u> |

### PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Lead Plaintiffs Luis Torres and Allia DeAngelis, and additional Plaintiff Darrick Inman (collectively, the "Plaintiffs") respectfully move, pursuant to Federal Rule of Civil Procedure 23, for an Order: (1) preliminarily approving the proposed Settlement as set forth in the Stipulation and Agreement of Settlement dated September 18, 2023; (2) preliminarily certifying the proposed Class for settlement purposes only, appointing Plaintiffs as class representatives and Plaintiffs' Co-Lead Counsel as Class Counsel; (3) approving the form and manner of providing Notice of the Settlement to the Class, including the mailed Postcard Notice, the Summary Notice, and the posting of the Stipulation and its Exhibits on a website maintained by the Claims Administrator; and, (4) setting deadlines for the mailing of the Postcard Notice and publication of the Summary Notice, for Class Member objections and Class Member opt-out notices, for filing of Plaintiffs' Motion for Final Approval of the Settlement, and for filing of Plaintiffs'

Counsel's application for an award of attorneys' fees and reimbursement of expenses and awards to Plaintiffs, and scheduling a Settlement Hearing at which this Court will, among other things, consider final approval of the Settlement.

Filed herewith in support of this motion are the supporting memorandum of law and the Appendix in support of the motion, with accompanying exhibits, including a proposed order granting preliminary approval of the class action settlement, approving the form and manner of notice, and setting a date for a final approval hearing for the settlement before the Court.

**Dated:** September 18, 2023                    Respectfully Submitted,

**POMERANTZ LLP**

*/s/ Brian P. O'Connell*
Joshua B. Silverman (*Pro Hac Vice*)
Omar Jafri (*Pro Hac Vice*)
Brian P. O'Connell (*Pro Hac Vice*)
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Tel:     (312) 377-1181
Fax:     (312) 377-1184
E-mail: jbsilverman@pomlaw.com
            ojafri@pomlaw.com
            boconnell@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**

*/s/ Phillip Kim*
Phillip Kim (*Pro Hac Vice*)
Ha Sung (Scott) Kim (*Pro Hac Vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Phone: (212) 686-1060
Fax:     (212) 202-3827
Email: pkim@rosenlegal.com
            skim@rosenlegal.com

*Lead Counsel for Plaintiffs*

**GRAVES LAW OFFICE**

Curtis C. Graves
12700 Park Central Drive
Suite 520
Dallas, Texas 75251
Telephone: (214) 321-6940
Facsimile: (866) 770-6949
curtis@cgraveslaw.com

**THE BRISCOE LAW FIRM, PLLC**
Willie C. Briscoe
Texas Bar No. 24001788
12700 Park Central Drive, Suite 520
Dallas, Texas 75251
Telephone: 972-521-6868
Facsimile: 346-214-7463
wbriscoe@thebriscoelawfirm.com

*Liaison Counsel for Plaintiffs*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Eitan Kimelman
60 E 42nd Street, Suite 4600
New York, New York 10165
Phone: 212-697-6484
Fax:    212-697-7296
Email: eitank@bgandg.com

**LEVI & KORSINSKY, LLP**
Daniel Tepper
55 Broadway, 10th Floor
New York, NY 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
dtepper@zlk.com

**BRAGAR EAGEL & SQUIRE, P.C.**
Marion C. Passmore  (*Pro Hac Vice*)
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-3599
Facsimile: (212) 214-0506
Email: passmore@bespc.com

*Additional Counsel for Plaintiffs*

3

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for Plaintiffs conferred with counsel for Defendants regarding Plaintiffs' motion while drafting the Stipulation and Agreement of Settlement. As reflected in the Stipulation and Agreement of Settlement, counsel for Defendants will not oppose the motion for preliminary approval of settlement, including certification of the class for the purposes of settlement only. On September 15, 2023, I emailed counsel for Defendants to confirm Defendants' position on the motion, and on September 16, 2023, counsel for Defendants confirmed to Plaintiffs' counsel over email that Defendants do not oppose the motion.

*/s/ Brian P. O'Connell*
Brian P. O'Connell

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on September 18, 2023, I served a copy of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement to counsel of record for Defendants using the CM/ECF system, which will send email notification of this filing to all attorneys of record.

   Executed on September 18, 2023

                                                 */s/ Brian P. O'Connell*
                                                 Brian P. O'Connell