# Exhibit A-3

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| LUIS TORRES, ALLIA DEANGELIS, DARRICK INMAN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 3:20-cv-03464-S ) |
| | ) JUDGE KAREN G. SCHOLER |
| BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE J. VOILAND, | ) ) ) ) ) |
| Defendants. | ) ) ) |

**SUMMARY NOTICE OF PENDENCY OF**
**CLASS ACTION AND PROPOSED CLASS ACTION SETTLEMENT**

**To:    ALL PERSONS AND ENTITIES THAT: (1) PURCHASED OR OTHERWISE ACQUIRED BERRY CORPORATION'S ("BERRY") COMMON STOCK PURSUANT AND/OR TRACEABLE TO BERRY'S REGISTRATION STATEMENT ISSUED IN CONNECTION WITH ITS JULY 26, 2018 INITIAL PUBLIC OFFERING; AND/OR (2) PURCHASED OR OTHERWISE ACQUIRED BERRY'S COMMON STOCK BETWEEN JULY 26, 2018 AND NOVEMBER 3, 2020, BOTH DATES INCLUSIVE (THE "CLASS PERIOD"), AND WHO WERE DAMAGED THEREBY (THE "CLASS")**

**EXCLUDED FROM THE CLASS ARE DEFENDANTS HEREIN, CURRENT AND FORMER OFFICERS AND DIRECTORS OF THE COMPANY, MEMBERS OF THEIR IMMEDIATE FAMILIES AND THEIR LEGAL REPRESENTATIVES, HEIRS, SUCCESSORS OR ASSIGNS AND ANY ENTITY IN WHICH DEFENDANTS HAVE OR HAD A CONTROLLING INTEREST.**

**PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**
**YOUR RIGHTS MAY BE AFFECTED BY PROCEEDINGS IN THIS ACTION.**

**YOU ARE HEREBY NOTIFIED**, pursuant to Federal Rule of Civil Procedure 23 and an Order of the United States District Court for the Northern District of Texas, that the Court-appointed Lead Plaintiffs Luis Torres and Allia DeAngelis, and additional Plaintiff Darrick Inman (collectively, "Plaintiffs"), on behalf of themselves and all other members of the Class, and Berry

91

Corporation ("Berry"), Arthur T. Smith, Cary Baetz, Gary A. Grove, Brent S. Buckley, Kaj Vazales, and Eugene J. Voiland (collectively, "Defendants", and together with the Plaintiffs, the "Parties"), have reached a proposed settlement of the claims in the above-captioned class action (the "Action") in the amount of $2,500,000 (the "Settlement").

A hearing will be held before the Honorable Karen G. Scholer on _____, 202_ at _____ _.m., in Courtroom 1632 of the United States District Court, Northern District of Texas, 1100 Commerce Street, Dallas, Texas 75242 (the "Settlement Hearing"), where the Court will consider whether: (i) the Settlement is fair, reasonable, and adequate, and should be finally approved; (ii) the Plan of Allocation is fair and reasonable, and should be approved; and (iii) Co-Lead Counsel's application for attorneys' fees and expenses and Plaintiffs' reimbursement awards are reasonable and should be approved. The Court may change the date of the Settlement Hearing, or hold it telephonically or via videoconference, without providing another notice. You do NOT need to attend the Settlement Hearing to receive a distribution from the Net Settlement Fund.

**IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE PROPOSED SETTLEMENT AND YOU MAY BE ENTITLED TO A MONETARY PAYMENT.** A full Notice and Claim Form can be obtained by visiting the website of the Claims Administrator, www.berrycorpsecuritieslitigation.com, calling the Claims Administrator toll free at 1-866-905-8124, emailing the Claims Administrator at info@berrycorpsecuritieslitigation.com, or writing to the Claims Administrator at:

**Berry Corp Securities Litigation**
**C/O A.B. Data, Ltd.**
P.O. Box 173012
Milwaukee, WI 53217

Inquiries, other than requests for the Notice/Claim Form or for information about the status of a claim, may also be made to Co-Lead Counsel:

| | |
|---|---|
| POMERANTZ LLP | THE ROSEN LAW FIRM, P.A. |
| Attn: Omar Jafri | Attn: Phillip Kim |
| Ten South La Salle Street | 275 Madison Avenue, 40th Floor |
| Chicago, IL 60603 | New York, NY 10016 |
| (312) 377-1181 | (212) 686-1060 |

If you are a Class Member, to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Claim Form *postmarked or submitted online no later than _____ __, 202__*. If you are a Class Member and do not timely submit a valid Claim Form, you will not be eligible to share in the distribution of the Net Settlement Fund, but you will nevertheless be bound by all judgments or orders entered by the Court relating to the Settlement.

If you are a Class Member and wish to exclude yourself from the Settlement Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice such that it is *received no later than _____ __, 202__*. If you properly exclude yourself from the Class, you will not be bound by any judgments or orders entered by the Court

relating to the Settlement, whether favorable or unfavorable, and you will not be eligible to share in the distribution of the Net Settlement Fund.

Any objections to the proposed Settlement, Co-Lead Counsel's application for attorneys' fees and expenses, and/or the proposed Plan of Allocation must be filed with the Court, either by mail or in person, and be mailed to counsel for the Parties in accordance with the instructions in the Notice, such that they are ***received no later than*** _____ \_\_, ***202\_\_\_*** .

**PLEASE DO NOT CONTACT THE COURT, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.**

DATED: _____, 202\_\_\_        BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

93