# Exhibit A-4

Torres v. Berry Corporation et al.
c/o A.B. Data, Ltd.
P.O. Box 173012
Milwaukee, WI 53217

[Postage Prepaid]

### *COURT-ORDERED LEGAL NOTICE*

**Important Notice about a Securities Class Action Settlement.**

**You may be entitled to a CASH payment. This Notice may affect your legal rights. Please read it carefully.**

*Torres v. Berry Corporation et al.*, Case No. 3:20-CV-03464-S

Name
Address
City, State
Zip

---

*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT WWW.BERRYCORPSECURITIESLITIGATION.COM FOR MORE INFORMATION.*

There has been a proposed Settlement of claims against Berry Corporation ("Berry") and certain of its senior officers and directors (collectively, the "Defendants"). The Settlement would resolve a lawsuit in which Plaintiffs allege that Defendants disseminated materially false and misleading information to the investing public in violation of the federal securities laws causing damages to Class Members. Defendants deny any wrongdoing.

You received this notice because you or someone in your family may have purchased or otherwise acquired shares of Berry common stock between July 26, 2018 and November 3, 2020, both dates inclusive, and been damaged thereby. A Settlement Amount of $2,500,000 will be paid by or on behalf of Defendants. The Settlement provides that the Settlement Fund, after deduction of any Court-approved attorneys' fees and expenses, reimbursement awards to Plaintiffs, notice and administration costs, and taxes, is to be divided among all Class Members who submit a valid Claim Form, in exchange for the settlement of this case and the Releases by Class Members of claims related to this case. **For all details of the Settlement, read the Stipulation and full Notice, available at www. berrycorpsecuritieslitigation.com**. You may request a copy of the full Notice and Claim Form by contacting the Claims Administrator in any of the following ways: (1) mail: Berry Corp. Securities Litigation, c/o A.B. Data, Ltd., P.O. Box 173012, Milwaukee, WI 53217; (2) call: toll-free, 1-866-9058124; (3) email: info@berrycorpsecuritieslitigation.com; or (4) website: https://www.berrycorpsecuritieslitigation.com.

**To qualify for payment, you must submit a valid Claim Form to the Claims Administrator.** The Claim Form can be found on the website. **Claim Forms must be submitted online or postmarked by _____.** If you do not want to be legally bound by the Settlement, you must exclude yourself by _____, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you want to object to the Settlement, you may file an objection by _____. The detailed Notice explains how to submit a Claim Form, exclude yourself or object. Your share of the Settlement proceeds will depend on the number of valid Claims submitted, and the number, size and timing of your transactions in Berry common stock. If every eligible Settlement Class Member submits a valid Claim Form, the average recovery will be $0.07 per eligible share before expenses and other Court-ordered deductions. Your award will be determined by the formula detailed in the Long Notice found on the Settlement Website.

The Court will hold a hearing in this case on _____, to consider whether to approve the Settlement and a request by the lawyers representing the Settlement Class for up to 33⅓% of the Settlement Fund in attorneys' fees, plus actual expenses up to $370,000 for litigating the case and negotiating the Settlement, which may include a request for reimbursement of Plaintiffs' time, costs and expenses related to their representation of the Class. Estimates of the average cost per affected share of Berry common stock, if the Court approves Co-Lead Counsel's fee and expense application, is $0.03 per share of common stock. You may attend the hearing and ask to be heard by the Court, but you do not have to. For more information, call toll-free (1-866-9058124) or visit the website www.berrycorpsecuritieslitigation.com, and read the detailed Notice.

95