UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LUIS TORRES, ALLIA DEANGELIS, DARRICK INMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE J. VOILAND,<br><br>Defendants. | Case No. 3:20-cv-03464-S<br><br>JUDGE KAREN G. SCHOLER<br><br>CLASS ACTION |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT, PLAN OF ALLOCATION, AND AN
APPLICATION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION
EXPENSES AND A REIMBURSEMENT AWARD FOR PLAINTIFFS**

Lead Plaintiffs Luis Torres and Allia DeAngelis, and additional Plaintiff Darrick Inman (collectively, the "Plaintiffs") respectfully move, pursuant to Federal Rule of Civil Procedure 23, for an Order: (1) finally approving the proposed Class Action Settlement as set forth in the Stipulation and Agreement of Settlement dated September 18, 2023; (2) approving the Plan of Allocation for the Net Settlement Fund; (3) certifying the proposed Class for settlement purposes only, appointing Plaintiffs as class representatives and Plaintiffs' Co-Lead Counsel as Class Counsel, (4) awarding attorneys' fees to Plaintiffs' Counsel in the amount of 33 1/3% of the Settlement Amount, plus interest, (5) granting reimbursement of $365,621.35 in litigation expenses; and (6) awarding reimbursement to each Plaintiff in the amount of $10,000.

Filed herewith in support of this motion are the supporting memoranda of law in support of the settlement and for attorneys' fees, and the Joint Declaration of Omar Jafri and Phillip Kim in support of the settlement and attorneys' fees, with an accompanying Appendix and exhibits.

The form of the proposed Order and Judgment Granting Final Approval of Class Action Settlement ("proposed Final Order") was attached as Exhibit B to Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 150-7), and an updated proposed Final Order will be submitted with Co-Lead Counsel's Reply papers after the deadlines for objecting to the Settlement and requesting exclusion from the Class have passed.  Defendants do not oppose the motion for final approval of the Settlement, and they take no position on Co-Lead Counsel's Application for Attorneys' Fees, Reimbursement of Litigation Expenses and a Reimbursement Award to Plaintiffs.

**Dated:**  January 5, 2024                          Respectfully Submitted,

                    **POMERANTZ LLP**

                    */s/ Omar Jafri*
                    Omar Jafri (*Pro Hac Vice*)
                    Joshua B. Silverman (*Pro Hac Vice*)
                    Brian P. O'Connell (*Pro Hac Vice*)
                    Ten South La Salle Street, Suite 3505
                    Chicago, Illinois 60603
                    Tel:    (312) 377-1181
                    Fax:   (312) 377-1184
                    E-mail: ojafri@pomlaw.com
                              jsilverman@pomlaw.com
                              boconnell@pomlaw.com

                    **THE ROSEN LAW FIRM, P.A.**

                    */s/ Phillip Kim*
                    Phillip Kim (*Pro Hac Vice*)
                    Ha Sung (Scott) Kim (*Pro Hac Vice*)
                    275 Madison Avenue, 40th Floor
                    New York, New York 10016

Phone: (212) 686-1060
Fax:    (212) 202-3827
Email: pkim@rosenlegal.com
       skim@rosenlegal.com

*Lead Counsel for Plaintiffs*

**GRAVES LAW OFFICE**
Curtis C. Graves
12700 Park Central Drive
Suite 520
Dallas, Texas 75251
Telephone: (214) 321-6940
Facsimile: (866) 770-6949
curtis@cgraveslaw.com

**THE BRISCOE LAW FIRM, PLLC**
Willie C. Briscoe
Texas Bar No. 24001788
12700 Park Central Drive, Suite 520
Dallas, Texas 75251
Telephone: 972-521-6868
Facsimile: 346-214-7463
wbriscoe@thebriscoelawfirm.com

*Liaison Counsel for Plaintiffs*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Eitan Kimelman
60 E 42nd Street, Suite 4600
New York, New York 10165
Phone: 212-697-6484
Fax:    212-697-7296
Email: eitank@bgandg.com

**LEVI & KORSINSKY, LLP**
Daniel Tepper
55 Broadway, 10th Floor
New York, New York 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
dtepper@zlk.com

**BRAGAR EAGEL & SQUIRE, P.C.**
Marion C. Passmore  (*Pro Hac Vice*)

3

580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-3599
Facsimile: (212) 214-0506
Email: passmore@bespc.com

*Additional Counsel for Plaintiffs*

## **CERTIFICATE OF CONFERENCE**

This is to certify that counsel for Plaintiffs conferred with counsel for Defendants regarding Plaintiffs' motion. On January 5, 2024, counsel for Defendants confirmed to Plaintiffs over email that they do not oppose the motion and take no position on Plaintiffs' request for attorneys' fees, litigation expenses and reimbursement awards to Plaintiffs.

*/s/ Omar Jafri*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 5, 2024, I served a copy of Plaintiffs' Unopposed Motion For Final Approval Of Class Action Settlement And Approval Of Plan Of Allocation and Co-Lead Counsel's Application for Attorneys' Fees, Reimbursement of Litigation Expenses and a Reimbursement Award to Plaintiffs to counsel of record for Defendants using the CM/ECF system, which will send email notification of this filing to all attorneys of record.

Executed on January 5, 2024

*/s/ Omar Jafri*