# Exhibit C

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| LUIS TORRES, ALLIA DEANGELIS, DARRICK INMAN, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE J. VOILAND, <br><br> Defendants. | Case No.: 3:20-cv-03464-S <br><br> JUDGE KAREN G SCHOLER <br><br> CLASS ACTION |

**DECLARATION OF PHILLIP KIM IN SUPPORT OF CO-LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND REIMBURSEMENT AWARDS TO PLAINTIFFS**

I, PHILLIP KIM, declare as follows pursuant to 28 U.S.C. §1746:

1. I am a partner at The Rosen Law Firm, P.A. ("Rosen Law"), Co-Lead Counsel in the above-captioned litigation. I am admitted *pro hac vice* in this Action. I have overseen Rosen Law's prosecution of this Action, and have personal knowledge of the facts asserted herein.

2. A copy of Rosen Law's resume was previously filed with the Court and is available at ECF Nos. 13-4 and 112-4.

3. Rosen Law has actively engaged in the prosecution of the Action, including investigating the relevant facts, drafting an amended complaint, successfully opposing Defendants' attempt to dismiss the amended complaint, successfully defeating Defendants' motion for reconsideration of the denial of Defendants' motion to dismiss, filing a motion for class certification and responding to Defendants' opposition, reviewing tens of thousands of documents

1

79

produced by Defendants, taking and defending multiple depositions, and negotiating the Settlement.

4.      The chart below summarizes the hours, rate, and lodestar of each Rosen Law attorney or professional who worked on this matter.

5.      The total number of hours spent on the litigation of the Action by my firm through today's date is 1,234.05. The total lodestar amount for attorney and paralegal time based on the firm's current rates is $640,911.25.  A breakdown of the lodestar is set forth in the chart below:

**Total Hours and Lodestar**

| NAME AND STATUS | TOTAL HOURS | RATE | TOTAL LODESTAR |
|---|---|---|---|
| Phillip Kim (P) | 16.40 | $1,025.00 | $16,810.00 |
| Daniel Tyre-Karp (C) | 56.00 | $850.00 | $47,600.00 |
| Erica L. Stone (C) | 5.70 | $800.00 | $4,560.00 |
| Ha Sung (Scott) Kim (A) | 373.40 | $650.00 | $242,710.00 |
| Ryan Hedrick (A) | 30.8 | $600.00 | $18,480.00 |
| Ryan Heffner (S) | 743.00 | $415.00 | $308,345.00 |
| Zachary Stanco (PL) | 8.75 | $275.00 | $2,406.25 |
| **Total:** | **1,234.05** | | **$640,911.25** |

(P) – Partner; (C) – Counsel; (A) – Associate; (S) – Staff Attorney; (PL) – Paralegal

6.      Rosen Law incurred a total of $16,567.96 in unreimbursed expenses in connection with the prosecution of this litigation.  They are broken down as follows:

| EXPENSE CATEGORY | AMOUNT |
|---|---|
| Online Legal Research and Document Retrieval Fees | $811.99 |
| *Pro Hac Vice* Fees | $200.00 |
| Court Reporter and Transcript Fees | $1,161.20 |
| Mediation Fees | $9,320.90 |
| FedEx and Postage Fees | $75.92 |
| Travel/Transportation/Hotels/Meals | $262.95 |
| Process Server Fees | $272.50 |
| Notice to Class Members Fees/Press Releases | $4,462.50 |
| **Total:** | **$16,567.96** |

7.    The expenses incurred are reflected in the books and records contemporaneously prepared by the firm. These books and records are prepared from expense vouchers, invoices, and other billing records, and are an accurate record of the expenses incurred. I have reviewed the expenses for which reimbursement is sought and confirmed that they were reasonably necessary for the effective and efficient prosecution and resolution of the litigation and reasonable in amount. The expenses are all of a type that would normally be charged to a fee-paying client in the private legal marketplace.

8.    Rosen Law's compensation for services rendered and out-of-pocket expenses incurred in this case was and is entirely contingent on the success of the prosecution of the Action, and on the Court's approval of the fee and expense application. None of the attorneys' fees and expenses submitted to this Court has been paid from any source or has been the subject of any prior request or prior award in any litigation or other proceeding.

I declare that the foregoing is true and correct.

Executed on January 5, 2024.

*/s/Phillip Kim*
Phillip Kim, Esq.

3

81