# Exhibit H

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| LUIS TORRES, ALLIA DEANGELIS, DARRICK INMAN, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE J. VOILAND,<br><br>        Defendants. | Case No.: 3:20-cv-03464-S<br><br>JUDGE KAREN G SCHOLER<br><br>CLASS ACTION |

**DECLARATION OF DARRICK INMAN**

I, Darrick Inman, hereby declare as follows:

1. I am a Plaintiff in the above-captioned action (the "Action") and a Class Representative. I submit this declaration in support of: (i) Plaintiffs' motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; and (ii) Co-Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses, including the request of a reimbursement award in the amount of $10,000 to me for my representation of the Class in this Action. I have personal knowledge of the matters set forth in this Declaration, and I could and would testify competently to these matters.

2. I have been involved in this Action since the drafting of the Amended Complaint, which was filed on November 1, 2021. On October 19, 2023, the Court preliminarily certified

200

the Settlement Class for settlement purposes and preliminarily approved my appointment to serve as a class representative for the Class.

3.  Throughout the course of this litigation, I have been employed as a commercial airline pilot.  During the course of the litigation, my hourly rate of compensation was approximately $266 per hour.

4.  In fulfillment of my responsibilities as a plaintiff in this Action, I have worked with Co-Lead Counsel regarding all aspects of the litigation and resolution of this case.  I have been in regular contact with Co-Lead Counsel to monitor and contribute to the successful prosecution of this Action, and I received regular status reports from Co-Lead Counsel on case developments. I always made myself available to Co-Lead Counsel. The various tasks I have performed include, but are not limited to:

      a.  participating in the preparation of my certification to serve as a class plaintiff;

      b.  reviewing the original complaint and amended complaint filed on my behalf and the factual bases of the allegations set forth therein;

      c.  reviewing Defendants' papers in support of their attempts to dismiss the complaint;

      d.  gathering documents to fulfill my discovery obligations;

      e.  consulting with Co-Lead Counsel in responding to Defendants' discovery requests, including written requests for the production of documents, as well as interrogatories;

      f.  reviewing the motion for class certification, including Defendants' response, and the reply, and consulting with Co-Lead Counsel on class certification issues;

201

g. preparing and sitting for an all-day deposition, including reviewing pertinent case documents and engaging in multiple preparatory meetings with Co-Lead Counsel;

h. discussing mediation with Co-Lead Counsel;

i. discussing the proposed settlement with Lead Counsel, including evaluating the Settlement amount, conferring with Co-Lead Counsel, and ultimately approving the Settlement; and

j. reviewing the Court's Order that preliminarily approved the Settlement and discussing issues relevant to the final approval process, including Co-Lead Counsel's request for attorneys' fees and expenses, with Co-Lead Counsel.

5. I have done my best to promote the interests of the Class and to obtain the best recovery possible under the circumstances. Based on my involvement throughout the prosecution and resolution of the claims asserted in the Action, I believe that the Settlement provides a fair, reasonable, and adequate recovery for the Class, particularly in light of the risks of continued litigation.

6. I understand that reimbursement of a Plaintiff's reasonable costs and expenses is authorized under the PSLRA, including lost wages. I estimate that I have spent at least 100 hours in performing all of the work I have in this Action for the direct benefit of the Class, as recounted in paragraph 4, above. If I had otherwise devoted that time to my business activities, I estimate the value of the time that I had dedicated to this Action to be well in excess of $10,000.

7. While I understand that the ultimate determination of Co-Lead Counsel's request for an award of attorneys' fees and litigation expenses rests with the Court, I believe that Co-Lead Counsel's requested fee of one-third of the Settlement Amount, plus interest, and requested

202

expense reimbursement is fair and reasonable in light of the work performed on behalf of the Class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: January 5, 2024

_____

203