**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| LUIS TORRES, ALLIA DEANGELIS, DARRICK INMAN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) ) |
| Plaintiffs, | ) Case No. 3:20-CV-3464-S ) |
| v. | ) JUDGE KAREN G. SCHOLER ) |
| | ) CLASS ACTION ) |
| BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE J. VOILAND, | ) ) ) ) ) |
| Defendants. | ) ) ) |

**APPENDIX IN SUPPORT OF PLAINTIFFS'**
**REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS'**
**UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Lead Plaintiffs Luis Torres, Allia DeAngelis and Plaintiff Darrick Inman (collectively, "Plaintiffs"), by and through the undersigned counsel, respectfully submit this Appendix in Support of Plaintiffs' Reply Memorandum in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement:

| Exhibit | Document | Appendix Page(s) |
|---|---|---|
| | This Appendix | 1-4 |
| Declaration | Declaration of Brian P. O'Connell | 5-7 |
| A | Supplemental Mailing Declaration of Jack Ewashko | 8-12 |
| B | [Proposed] Order and Final Judgment | 13-22 |

**Dated:** January 30, 2024

Respectfully submitted,

1

1

/s/  *Brian P. O'Connell*

**POMERANTZ LLP**
Joshua B. Silverman
Omar Jafri
Brian P. O'Connell
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Tel:    (312) 377-1181
Fax:    (312) 377-1184
E-mail: jbsilverman@pomlaw.com
         ojafri@pomlaw.com
         boconnell@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**

*/s/ Phillip Kim*
Phillip Kim
Ha Sung (Scott) Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Phone: (212) 686-1060
Fax:    (212) 202-3827
Email: pkim@rosenlegal.com
         skim@rosenlegal.com

***Lead Counsel for Plaintiffs***

**GRAVES LAW OFFICE**
Curtis C. Graves
12700 Park Central Drive
Suite 520
Dallas, Texas 75251
Telephone: (214) 321-6940
Facsimile: (866) 770-6949
curtis@cgraveslaw.com

**THE BRISCOE LAW FIRM, PLLC**
Willie C. Briscoe
Texas Bar No.: 24001788
12700 Park Central Drive, Suite 520
Dallas, Texas 75251
Telephone: 972-521-6868
Facsimile: 346-214-7463
wbriscoe@thebriscoelawfirm.com

2

*Liaison Counsel for Plaintiffs*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Eitan Kimelman
60 E 42nd Street, Suite 4600,
New York, New York 10165
Phone: 212-697-6484
Fax:    212-697-7296
Email: eitank@bgandg.com

**LEVI & KORSINSKY, LLP**
Daniel Tepper (*pro hac vice forthcoming*)
55 Broadway, 10th Floor
New York, NY 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
dtepper@zlk.com

**BRAGAR EAGEL & SQUIRE, P.C.**
Marion C. Passmore
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-3599
Facsimile: (212) 214-0506
Email: passmore@bespc.com

*Additional Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 30, 2024, I served a copy of this Appendix in Support of Plaintiffs' Reply Memorandum in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement to counsel of record for Defendants using the CM/ECF system, which will send email notification of this filing to all attorneys of record.

Executed on January 30, 2024

/s/ Brian P. O'Connell
Brian P. O'Connell