**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| LUIS TORRES, ALLIA DEANGELIS, DARRICK INMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE J. VOILAND,<br><br>            Defendants. | Case No. 3:20-cv-03464-S<br><br>JUDGE KAREN G. SCHOLER<br><br><u>CLASS ACTION</u> |

**DECLARATION OF BRIAN P. O'CONNELL IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

5

I, Brian P. O'Connell, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I am an attorney at the law firm of Pomerantz LLP ("Pomerantz"), Court-appointed Co-Lead Counsel and counsel of record for Lead Plaintiffs Luis Torres and Allia DeAngelis, and additional Plaintiff Darrick Inman (collectively, "Plaintiffs"), in the above-captioned securities class action. I submit this declaration in support of Plaintiffs' Reply in Support of Final Approval of Class Action Settlement.

2.     Attached hereto as Exhibit A is a true and correct copy of the Supplemental Declaration of Jack Ewashko on Behalf of A.B. Data, Ltd. Regarding Notice Administration.

3.     Attached hereto as Exhibit B is a revised Proposed Order for final approval of the Settlement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2024.

*/s/ Brian P. O'Connell*
Brian P. O'Connell

6

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 30th day of January, 2024, I electronically filed the Declaration of Brian P. O'Connell, using the Court's CM/ECF system, which will be sent electronically to all counsel of record.

/s/ *Brian P. O'Connell*

7