**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| LUIS TORRES, ALLIA DEANGLIS, DARRICK INMAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE J. VOILAND, <br><br> Defendants. | **Civil Action No. 3:20-CV-036464-S** <br><br> **SUPPLEMENTAL DECLARATION OF JACK EWASHKO ON BEHALF OF A.B. DATA, LTD. REGARDING NOTICE ADMINISTRATION** |

I, Jack Ewashko, declare as follows:

1.     I am a Director of Client Services with A.B. Data, Ltd. ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin. Pursuant to the Court's October 19, 2023, Preliminary Approval Order, A.B. Data was appointed as Claims Administrator in connection with the above-captioned action (the "Action")[1]. I am over 21 years of age and am not a party to the Action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.     I submit this Declaration as a supplement to my earlier declaration, the Declaration of Jack Ewashko on behalf of A.B. Data, Ltd. Regarding Notice Administration, dated January 3, 2024 (the "Notice Administration Declaration"). ECF No. 154-2.

**DIRECT MAIL NOTICE**

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation of Settlement dated September 18, 2023 (the "Stipulation"). ECF No. 150-1.

8

3.      Pursuant to the Preliminary Approval Order, A.B. Data was responsible for mailing the Postcard Notice to those members of the Settlement Class who (1) purchased or otherwise acquired Berry Corporation's ("Berry") common stock pursuant and/or traceable to Berry's Registration Statement issued in connection with its July 26, 2018, initial public offering; and/or (2) purchased or otherwise acquired Berry's common stock between July 26, 2018 and November 3, 2020, both dates inclusive. As more fully detailed in the Notice Administration Declaration, as of January 3, 2024, A.B. Data had mailed a total of 15,664 Postcard Notices directly to potential Settlement Class Members.

4.      Since the Notice Administration Declaration was executed, 1,637 additional Postcard Notices have been mailed.

## TELEPHONE HELPLINE AND WEBSITE

5.      A.B. Data continues to maintain a case-specific, toll-free telephone helpline, 1-866-905-8124, with an interactive voice response system and live operators, to accommodate potential Settlement Class Members with questions about the Action and the Settlement. The automated attendant answers the calls and presents callers with a series of choices to respond to basic questions. Callers requiring further help have had the option to be transferred to a live operator during business hours.

6.      A.B. Data also continues to maintain a website dedicated to the Settlement, www.BerryCorpSecuritiesLitigation.com, to assist potential Settlement Class Members. The website includes information regarding the Action and the proposed Settlement, including the exclusion, objection, and claim filing deadlines, and the date, time, and location of the Court's Settlement Hearing. Copies of the Notice, Claim Form, Stipulation of Settlement, and Preliminary Approval Order are posted on the website and are available for downloading.

9

7.　　A.B. Data will continue to maintain and, as appropriate, update the website and toll-free number until the conclusion of the administration.

### REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS

8.　　The Postcard Notice informed potential Settlement Class Members that requests for exclusion from the Settlement Class must be received no later than January 7, 2024. The Postcard Notice also informs potential Settlement Class Members to review the detailed Notice information that was required to be included in each request for exclusion. The Notice also set forth the information that was required to be included in each request for exclusion. As of the date of this Declaration, A.B. Data has received zero (0) requests for exclusion.

9.　　Settlement Class Members seeking to object to the Settlement, proposed Plan of Allocation of the Net Settlement Fund, and/or Lead Counsel's Fee and Expense Application are required to submit their objection in writing such that the request is received by the Parties and filed with the Court no later than January 7, 2024.  As of the date of this Declaration, A.B. Data has not received any objections.

### CLAIMS RECEIVED TO DATE

10.　　The deadline to submit a Claim Form is March 15, 2024. As of the date of this Declaration, A.B. Data has received 214 claims. In our experience, many claims are submitted right at the deadline such that additional claims might be received after the deadline passes.  A.B. Data will start conducting audits and quality assurance reviews of the submitted claims, such as verifying that the claim includes the required supporting documentation and detecting duplicative claims. Once this audit process is complete, claimants with incomplete or invalid claims will be given an opportunity to supplement or complete their claims. With these steps currently outstanding, the number of claims considered valid has not yet been determined.

4

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of January 2024.

Jack Ewashko

11