**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| LUIS TORRES, ALLIA DEANGELIS, DARRICK INMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE J. VOILAND,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) Case No. 3:20-cv-03464-S ) ) ) JUDGE KAREN GREN SCHOLER ) ) <u>CLASS ACTION</u> ) ) ) ) ) ) ) |

**PLAINTIFFS' UNOPPOSED MOTION FOR DISTRIBUTION OF SETTLEMENT FUND**

Pursuant to the Court's Final Order and Judgment Approving the Class Action Settlement, dated February 16, 2024 ("Final Order") (ECF No. 159) and the Stipulation and Agreement of Settlement dated September 18, 2023 (ECF No. 150-1), Lead Plaintiffs Luis Torres and Allia DeAngelis, and additional Plaintiff Darrick Inman ("Plaintiffs"), hereby move for an order:

  (i)  approving the administrative determinations of the Claims Administrator for accepting claims;

  (ii)  approving the administrative determinations of the Claims Administrator for rejecting claims;

  (iii)  ordering that no claim received after August 20, 2024 may be accepted for any reason whatsoever;

- 1 -

(iv)    authorizing the Claims Administrator to make the distributions described in Plaintiffs' Memorandum of Law and the attached Declaration of Jack Ewashko on behalf of A.B. Data, Ltd. in Support of Plaintiffs' Motion for Distribution of Settlement Fund;

(v)    authorizing subsequent distribution, no earlier than nine (9) months from the date of the order approving initial distribution, of any unclaimed, residual balance in the  Net Settlement Fund, to Authorized Claimants in an equitable and economic fashion. These redistributions shall be repeated until the balance remaining in the Net Settlement Fund is no longer economically reasonable, in Plaintiffs' Counsel's discretion, to distribute to Authorized Claimants;

(vi)    ordering Plaintiffs' Counsel, in consultation with the Claims Administrator, should it determine that further distribution of the funds remaining in the Net Settlement Fund to Authorized Claimants is not cost-effective, and if funds remain after payment of any unpaid administration fees or expenses, taxes and tax preparation costs, and escrow fees, to propose a plan to the Court regarding the use of such funds for contribution to non-sectarian, not-for-profit organization(s);

(vii)    ordering that the Claims Administrator shall continue to receive, review and process any correspondence or information submitted by claimants with respect to already-filed Proofs of Claim. Should there be any adjustments to any Proofs of Claim prior to distribution of the Net Settlement Fund, the Claims Administrator shall update its claims database with the new information and report the updated total to Plaintiffs' Counsel prior to distribution;

(viii)    ordering that all persons who were involved in the review, verification, calculation, tabulation, or any other aspect of the administration of claims filed in this Action, and all persons who were involved in the administration or taxation of the Net Settlement Fund, are released from liability for any and all claims arising out of such activities;

(ix)    that the Court retain jurisdiction over any further application or matter which may arise in connection with this Action; and

(x)    granting such other and further relief as the Court deems appropriate.

In support of this motion, Plaintiffs submit herewith a Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Distribution of Settlement Fund and the Declaration of Jack Ewashko on behalf of A.B. Data, Ltd. in Support of Plaintiffs' Motion for Distribution of Settlement Fund. Plaintiffs also rely on the Settlement Stipulation and all other pleadings, orders, and matters of record.

Plaintiffs' Counsel has conferred with counsel for Defendants in this Action, who do not oppose the relief requested in this Motion.

Dated: August 30, 2024                    */s/ Brian P. O'Connell*

**POMERANTZ LLP**
Joshua B. Silverman
Omar Jafri
Brian P. O'Connell
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Tel:    (312) 377-1181
Fax:    (312) 377-1184
E-mail: jbsilverman@pomlaw.com
          ojafri@pomlaw.com
          boconnell@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**

*/s/ Phillip Kim*
Phillip Kim
Ha Sung (Scott) Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Phone: (212) 686-1060
Fax:    (212) 202-3827
Email: pkim@rosenlegal.com

skim@rosenlegal.com

*Lead Counsel for Plaintiffs*

**GRAVES LAW OFFICE**
Curtis C. Graves
12700 Park Central Drive
Suite 520
Dallas, Texas 75251
Telephone: (214) 321-6940
Facsimile: (866) 770-6949
curtis@cgraveslaw.com

**THE BRISCOE LAW FIRM, PLLC**
Willie C. Briscoe
Texas Bar No.: 24001788
12700 Park Central Drive, Suite 520
Dallas, Texas 75251
Telephone: 972-521-6868
Facsimile: 346-214-7463
wbriscoe@thebriscoelawfirm.com

*Liaison Counsel for Plaintiffs*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Eitan Kimelman
60 E 42nd Street, Suite 4600,
New York, New York 10165
Phone: 212-697-6484
Fax:     212-697-7296
Email: eitank@bgandg.com

**LEVI & KORSINSKY, LLP**
Daniel Tepper (*pro hac vice forthcoming*)
55 Broadway, 10th Floor
New York, NY 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
dtepper@zlk.com

**BRAGAR EAGEL & SQUIRE, P.C.**
Marion C. Passmore
580 California Street, Suite 1200
San Francisco, California 94104

Telephone: (415) 568-3599
Facsimile: (212) 214-0506
Email: passmore@bespc.com

***Additional Counsel for Plaintiffs***

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1, this is to certify that counsel for Plaintiffs conferred with counsel for Defendants regarding Plaintiffs' motion while drafting the Motion for Distribution of Settlement Fund. On August 28, 2024, I emailed Genevieve York-Erwin, counsel for Defendants, to confirm Defendants' position on the motion, and Ms. York-Erwin confirmed to Plaintiffs over email on August 30, 2024 that they do not oppose the motion.

/s/ *Brian P. O'Connell*
Brian P. O'Connell

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 30, 2024, I served a copy of Plaintiffs' Unopposed Motion to counsel of record for Defendants using the CM/ECF system, which will send email notification of this filing to all attorneys of record.

Executed on August 30, 2024.

/s/ *Brian P. O'Connell*
Brian P. O'Connell