# Declaration of Brian P. O'Connell

5

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| LUIS TORRES, ALLIA DEANGELIS, DARRICK INMAN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 3:20-cv-03464-S ) |
| | ) JUDGE KAREN GREN SCHOLER ) |
| BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE J. VOILAND, | ) CLASS ACTION ) ) ) |
| Defendants. | ) ) ) ) |

**DECLARATION OF BRIAN P. O'CONNELL IN SUPPORT  PLAINTIFFS'**
**UNOPPOSED MOTION FOR DISTRIBUTION OF SETTLEMENT FUND**

1.     I, Brian P. O'Connell, am an attorney licensed to practice in the States of Illinois and California, and am admitted *pro hac vice* in this Action.  I am of counsel at the firm of Pomerantz LLP, Lead Counsel in the above-captioned litigation, and have represented Plaintiffs throughout this litigation. I  submit this declaration in support of Plaintiffs' Unopposed Motion for Distribution of Settlement Fund.

2.     Attached hereto as Exhibit 1 is the Proposed Order Granting Plaintiffs' Unopposed Motion for Distribution of Settlement Fund.

3.     Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Jack Ewashko on Behalf of A.B. Data, Ltd. in Support of Plaintiffs' Motion for Distribution of Settlement Fund.

- 1 -

6

I declare that the foregoing is true and correct.

Executed on August 30, 2024.

*/s/ Brian P. O'Connell*

7

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on August 30, 2024, I served a copy of the foregoing to counsel of record for Defendants using the CM/ECF system, which will send email notification of this filing to all attorneys of record.

Executed on August 30, 2024.


<u>/s/ *Brian P. O'Connell*</u>
Brian P. O'Connell