UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

LUIS TORRES, ALLIA DEANGELIS, ) 
DARRICK INMAN, Individually and On Behalf ) 
of All Others Similarly Situated, ) 
  ) 
            Plaintiffs, ) 
  ) 
         v. ) Case No. 3:20-cv-03464-S
  ) 
  ) JUDGE KAREN GREN SCHOLER
BERRY CORPORATION, ARTHUR T. ) 
SMITH, CARY BAETZ, GARY A. GROVE, ) CLASS ACTION
BRENT S. BUCKLEY, KAJ VAZALES, and ) 
EUGENE J. VOILAND, ) 
  ) 
            Defendants. ) 
  ) 

**PLAINTIFFS' MOTION FOR *CY PRES*
DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS**

Pursuant to Paragraph 7 of the Order Granting the Motion for Distribution of Settlement Fund, (ECF No. 163, "Distribution Order"), Lead Plaintiffs Luis Torres and Allia DeAngelis, and additional Plaintiff Darrick Inman (together, the "Plaintiffs"), hereby move for entry of the [Proposed] Order Granting Plaintiffs' Motion for *Cy Pres* Distribution of Residual Settlement Funds. ("Motion"). The Distribution Order provides that if "further distribution of the funds remaining in the Net Settlement Fund to Authorized Claimants is not cost-effective ... Plaintiffs' Counsel shall propose a plan to the Court regarding the use of such funds for contribution to nonsectarian, not-for-profit organization(s)." Distribution Order ¶7. Plaintiffs' Counsel, after consulting with the Claims Administrator, has determined that further distribution of the funds to Authorized Claimants is no longer cost-effective.

- 1 -

Plaintiffs' Counsel request that the Court authorize distribution of the remaining funds in the amount of $2,529.70 and any interest accrued to the Dallas Volunteer Attorney Program of the Dallas Bar Association and Legal Aid of Northwest Texas ("DVAP"), a non-sectarian, not-for-profit organization that benefits the public by representing low-income individuals who have been affected by fraudulent practices.

Plaintiffs' Counsel has conferred with counsel for Defendants in this Action, who take no position on the relief requested in this Motion.  Plaintiffs respectfully request that the Court decide the Motion on the papers and enter the accompanying proposed order.

Dated: April 11, 2025

*/s/ Brian P. O'Connell*

**POMERANTZ LLP**
Joshua B. Silverman
Omar Jafri
Brian P. O'Connell
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Tel:    (312) 377-1181
Fax:    (312) 377-1184
E-mail: jbsilverman@pomlaw.com
        ojafri@pomlaw.com
        boconnell@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**

*/s/ Phillip Kim*
Phillip Kim
Ha Sung (Scott) Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Phone: (212) 686-1060
Fax:    (212) 202-3827
Email: pkim@rosenlegal.com
        skim@rosenlegal.com

***Lead Counsel for Plaintiffs***

**GRAVES LAW OFFICE**
Curtis C. Graves
12700 Park Central Drive
Suite 520
Dallas, Texas 75251
Telephone: (214) 321-6940
Facsimile: (866) 770-6949
curtis@cgraveslaw.com

**THE BRISCOE LAW FIRM, PLLC**
Willie C. Briscoe
Texas Bar No.: 24001788
12700 Park Central Drive, Suite 520
Dallas, Texas 75251
Telephone: 972-521-6868
Facsimile: 346-214-7463
wbriscoe@thebriscoelawfirm.com

*Liaison Counsel for Plaintiffs*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Eitan Kimelman
60 E 42nd Street, Suite 4600,
New York, New York 10165
Phone: 212-697-6484
Fax:    212-697-7296
Email: eitank@bgandg.com

**LEVI & KORSINSKY, LLP**
Daniel Tepper (*pro hac vice forthcoming*)
55 Broadway, 10th Floor
New York, NY 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
dtepper@zlk.com

**BRAGAR EAGEL & SQUIRE, P.C.**
Marion C. Passmore
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-3599
Facsimile: (212) 214-0506
Email: passmore@bespc.com

- 3 -

*Additional Counsel for Plaintiffs*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, this is to certify that counsel for Plaintiffs conferred with counsel for Defendants regarding Plaintiffs' motion while drafting the Motion.  On April 8, 2025, I emailed Genevieve York-Erwin, counsel for Defendants, to confirm Defendants' position on the motion, and Ms. York-Erwin confirmed to Plaintiffs over email on April 9, 2025 that Defendants take no position on the motion.

/s/ *Brian P. O'Connell*
Brian P. O'Connell


## CERTIFICATE OF SERVICE

I hereby certify that, on April 11, 2025, I served a copy of Plaintiffs' Motion to counsel of record for Defendants using the CM/ECF system, which will send email notification of this filing to all attorneys of record.

Executed on April 11, 2025.

/s/ *Brian P. O'Connell*
Brian P. O'Connell