**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| LUIS TORRES, ALLIA DEANGELIS, DARRICK INMAN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiffs, | ) ) Case No. 3:20-CV-3464-S |
| v. | ) ) JUDGE KAREN G. SCHOLER |
| BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE J. VOILAND, | ) CLASS ACTION ) ) ) ) ) |
| Defendants. | ) ) ) |

**APPENDIX IN SUPPORT OF PLAINTIFFS'**
**MOTION FOR *CY PRES* DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS**

Lead Plaintiffs Luis Torres, Allia DeAngelis and Plaintiff Darrick Inman (collectively, "Plaintiffs"), by and through the undersigned counsel, respectfully submit this Appendix in Support of Plaintiffs' Motion for *Cy Pres* Distribution of Residual Settlement Funds:

| Exhibit | Document | Appendix Page(s) |
|---|---|---|
| | This Appendix | 1-4 |
| Declaration | Declaration of Brian P. O'Connell | 5-8 |
| 1 | Proposed Order | 9-11 |
| 2 | Supplemental Declaration of Jack Ewashko on Behalf of A.B. Data, Ltd. Concerning the Remaining Funds for *Cy Pres* | 12-14 |

**Dated:** April 11, 2025

Respectfully submitted,

/s/ *Brian P. O'Connell*

1

1

**POMERANTZ LLP**
Joshua B. Silverman
Omar Jafri
Brian P. O'Connell
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Tel:    (312) 377-1181
Fax:    (312) 377-1184
E-mail: jbsilverman@pomlaw.com
         ojafri@pomlaw.com
         boconnell@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**

*/s/ Phillip Kim*
Phillip Kim
Ha Sung (Scott) Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Phone: (212) 686-1060
Fax:    (212) 202-3827
Email: pkim@rosenlegal.com
        skim@rosenlegal.com

*Lead Counsel for Plaintiffs*

**GRAVES LAW OFFICE**
Curtis C. Graves
12700 Park Central Drive
Suite 520
Dallas, Texas 75251
Telephone: (214) 321-6940
Facsimile: (866) 770-6949
curtis@cgraveslaw.com

**THE BRISCOE LAW FIRM, PLLC**
Willie C. Briscoe
Texas Bar No.: 24001788
12700 Park Central Drive, Suite 520
Dallas, Texas 75251
Telephone: 972-521-6868
Facsimile: 346-214-7463
wbriscoe@thebriscoelawfirm.com

*Liaison Counsel for Plaintiffs*

2

2

**BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC**
Eitan Kimelman
60 E 42nd Street, Suite 4600,
New York, New York 10165
Phone: 212-697-6484
Fax:     212-697-7296
Email: eitank@bgandg.com

**LEVI & KORSINSKY, LLP**
Daniel Tepper (*pro hac vice forthcoming*)
55 Broadway, 10th Floor
New York, NY 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
dtepper@zlk.com

**BRAGAR EAGEL & SQUIRE, P.C.**
Marion C. Passmore
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-3599
Facsimile: (212) 214-0506
Email: passmore@bespc.com

***Additional Counsel for Plaintiffs***

3

3

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 11, 2025, I served a copy of this Appendix to counsel of record for Defendants using the CM/ECF system, which will send email notification of this filing to all attorneys of record.

Executed on April 11, 2025.

*/s/ Brian P. O'Connell*
Brian P. O'Connell

4

# Declaration of Brian P. O'Connell

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| LUIS TORRES, ALLIA DEANGELIS, DARRICK INMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE J. VOILAND,<br><br>        Defendants. | Case No. 3:20-cv-03464-S<br><br>JUDGE KAREN GREN SCHOLER<br><br><u>CLASS ACTION</u> |

**DECLARATION OF BRIAN P. O'CONNELL IN SUPPORT PLAINTIFFS'**
**MOTION FOR *CY PRES* DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS**

1. I, Brian P. O'Connell, am an attorney licensed to practice in the States of Illinois and California, and am admitted *pro hac vice* in this Action. I am of counsel at the firm of Pomerantz LLP, Lead Counsel in the above-captioned litigation, and have represented Plaintiffs throughout this litigation. I submit this declaration in support of Plaintiffs' Motion for *Cy Pres* Distribution of Residual Settlement Funds.

2. Attached hereto as Exhibit 1 is the Proposed Order Granting Plaintiffs' Motion for *Cy Pres* Distribution of Residual Settlement Funds.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Jack Ewashko on Behalf of A.B. Data, Ltd. Concerning the Remaining Funds for *Cy Pres.*

- 1 -

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 11, 2025

/s/ Brian P. O'Connell

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on April 11, 2025, I served a copy of the foregoing to counsel of record for Defendants using the CM/ECF system, which will send email notification of this filing to all attorneys of record.

Executed on April 11, 2025.


/s/ *Brian P. O'Connell*
Brian P. O'Connell

8

# Exhibit 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| LUIS TORRES, ALLIA DEANGELIS, DARRICK INMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE J. VOILAND,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:20-cv-03464-S<br><br>JUDGE KAREN GREN SCHOLER<br><br><u>CLASS ACTION</u> |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'**
**MOTION FOR *CY PRES* DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS**

Having considered all materials and arguments submitted in support of the Motion to Distribute the Funds Remaining in the Net Settlement Fund to *Cy Pres* Recipient (the "Motion"), including the Memorandum of Law in Support of the Motion, and the Declaration of Jack Ewashko on Behalf of A.B. Data, Ltd. Concerning the Remaining Funds for *Cy Pres*,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Court approves payment of $2,529.70 and any interest accrued, the total amount of funds remaining to the Dallas Volunteer Attorney Program of the Dallas Bar Association and Legal Aid of Northwest Texas ("DVAP").

3. This Court retains jurisdiction over any further application or matter which may arise in connection with this action.

- 1 -

10

**IT IS SO ORDERED**.


Dated: _____

_____
**HONORABLE KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**

# Exhibit 2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| LUIS TORRES, ALLIA DEANGELIS, DARRICK INMAN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) Case No. 3:20-cv-03464-S |
| Plaintiffs, | ) ) JUDGE KAREN GREN SCHOLER |
| v. | ) ) CLASS ACTION ) |
| BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE J. VOILAND, | ) ) **DECLARATION OF JACK EWASHKO** ) **ON BEHALF OF A.B. DATA, LTD.** ) **CONCERNING THE REMAINING** ) **FUNDS FOR _CY PRES_** |
| Defendants. | ) ) ) |

I, Jack Ewashko, hereby declare as follows:

1.      I am a Director of Case Management of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose corporate office is located in Milwaukee, Wisconsin.  I am over 21 years of age and am not a party to the above-captioned action (the "Action").[1]  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      Pursuant to the Order Granting Plaintiffs' Unopposed Motion for Distribution of Settlement Fund ("Distribution Order," ECF No. 163), the Court: (i) approved the proposed distribution plan; (ii) approved A.B. Data's administrative determinations; and (iii) directed that the balance of the Net Settlement Fund be distributed to the Authorized Claimants. _Id._, ¶¶2-5.

---

[1]      Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation of Settlement dated September 18, 2023 (the "Stipulation"), ECF No. 150-1.

13

3.      Further, the Court directed that to the extent any monies remain in the Net Settlement Fund nine (9) months after the initial distribution, if Lead Counsel, in consultation with A.B. Data, determines it is cost-effective to do so, a re-distribution of the funds shall be performed, and at such time as Plaintiffs' Counsel and A.B. Data determine that no additional distribution is cost-effective, then Plaintiffs' Counsel shall apply to the Court to donate funds to a suitable non-profit organization. *Id.*, ¶¶6-7.

4.      By September 20, 2024, A.B. Data performed the distribution of 100% of the Net Settlement Fund. Eligible Settlement Class Members who filed valid claims have cashed $1,162,680.51 in settlement fund checks.

5.      As of April 11, 2025, $2,529.70 remains in the Net Settlement Fund as a result of uncashed checks, which became void on January 18, 2025, after 120 days of issuance. A.B. Data has determined that an additional distribution of the $2,529.70 remaining in the Net Settlement Fund would not be cost-effective given the time and expense that a residual distribution would require and the relatively limited amount of money remaining in the Net Settlement Fund.

6.      Therefore, A.B. Data respectfully requests that the Court enter an Order directing that the balance of the Net Settlement Fund be distributed to the Dallas Volunteer Attorney Program of the Dallas Bar Association and Legal Aid of Northwest Texas, a non-sectarian, not-for-profit organization that benefits the public by representing low-income individuals who have been affected by fraudulent practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this, the 11th day of April 2025, in Milwaukee, Wisconsin.

 

_____
Jack Ewashko

2

14