# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| LUIS TORRES, ALLIA DEANGELIS, and DARRICK INMAN, Individually and On Behalf of All Others Similarly Situated<br><br>v.<br><br>BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE VOILAND | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:20-CV-3464-S |

## ORDER

This Order addresses Plaintiffs' Motion for *Cy Pres* Distribution of Residual Settlement Funds ("Motion") [ECF No. 164]. Having considered all materials and arguments submitted in support of the Motion, including Plaintiffs' Memorandum in Support of the Motion [ECF No. 165] and the Declaration of Jack Ewashko on Behalf of A.B. Data, Ltd. Concerning the Remaining Funds of *Cy Pres* [ECF No. 166] 13-14, it is ORDERED that:

1.  The Motion is **GRANTED**; and

2.  The Court approves payment of $2,529.70 and any interest accrued, the total amount of funds remaining to the Dallas Volunteer Attorney Program of the Dallas Bar Association and Legal Aid of Northwest Texas.

**SO ORDERED.**

SIGNED April 14, 2025.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE